| **Information to identify the case:** | | |
|---|---|---|
| Debtor | **Zeroholding, LLC** <br> Name | EIN **46–3220269** |
| United States Bankruptcy Court **Northern District of Georgia** <br> Court website: www.ganb.uscourts.gov | | Date case filed for chapter **11  8/19/22** |
| Case number:  **22–56502–jwc** | | |

Official Form 309F2 (For Corporations or Partnerships under Subchapter V)

# Notice of Chapter 11 Bankruptcy Case   10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov). Copy fees or access charges may apply. A free automated response system is available at 866–222–8029 (Georgia Northern). You must have case number, debtor name, or SSN when calling.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Zeroholding, LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 11175 Cicero Drive, STE 100 <br> Alpharetta, GA 30022 | |
| 4. | **Debtor's attorney** <br> Name and address | Will B. Geer <br> Rountree, Leitman, Klein & Geer, LLC <br> Century Plaza I <br> 2987 Clairmont Road, Suite 350 <br> Atlanta, GA 30329 | Contact phone  404–584–1238 <br><br> Email:  wgeer@rlkglaw.com |
| 5. | **Bankruptcy trustee** <br> Name and address | John T. Whaley (Sub V Trustee) <br> Chapter 11 Subchapter V Trustee <br> John T. Whaley, CPA <br> P.O. Box 76362 <br> Atlanta, GA 30358 | Contact phone  404.946.5272 <br><br> Email:  trustee@jtwcpa.net |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | M. Regina Thomas <br> Clerk of Court <br><br> 1340 United States Courthouse <br> 75 Ted Turner Drive SW <br> Atlanta, GA 30303 | Office Hours:  8:00 a.m. – 4:00 p.m. <br><br> Court website:  www.ganb.uscourts.gov <br><br> Contact phone  404–215–1000 |

For more information, see page 2 >

Debtor **Zeroholding, LLC**                                      Case number    **22–56502–jwc**

| | | | |
|---|---|---|---|
| 7. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. Cellular phones and other devices with cameras are not allowed in the building. | **September 12, 2022 at 03:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Meeting will be telephonic. To attend, Dial: 888–902–9750 and enter: 9635734, when prompted for participation code.** |
| | **Status Conference**<br>The status conference that 11 U.S.C. § 1188(a) requires shall be held on: | **October 12, 2022** at **10:00 AM** | Location:<br><br>**Courtroom 1203, Russell Federal Building, 75 Ted Turner Drive SW, Atlanta, GA 30303** |
| | | Hearings may be by phone, video conference or in person. Please check the "Dial–In and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov, for more information and instructions. | |
| 8. | **Proof of claim deadline** | **Deadline for filing proof of claim**<br><br>**for all creditors (except a governmental unit): October 28, 2022**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| 9. | **Deadline to object to Small Business Debtor Designation and Subchapter V Election** | Interim Rule 1020(b) sets a deadline for any party in interest to file an objection to the debtor's statement that it is a small business debtor or a debtor entitled to elect the application of Subchapter V of chapter 11 which is no later than 30 days after the conclusion of the meeting of creditors held under section 341(a) of the Code, or within 30 days after any amendment by the debtor of his statement, whichever is later. | |
| 10. | **Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for filing the complaint:** | |
| 11. | **Deadline to make an election under 11 U.S.C. §1111(b)** | The deadline for a secured party to make an election under 11 U.S.C. §1111(b) is fixed as 14 days after a plan is filed, unless the Court orders otherwise**.** | |
| 12. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 13. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. The debtor will generally remain in possession of the property and may continue to operate the debtor's business. | |
| 14. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |

United States Bankruptcy Court

Northern District of Georgia

In re: Case No. 22-56502-jwc

Zeroholding, LLC Chapter 11

Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9 User: bncadmin Page 1 of 2
Date Rcvd: Aug 22, 2022 Form ID: 309F2 Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Zeroholding, LLC, 11175 Cicero Drive, STE 100, Alpharetta, GA 30022-1179 |
| tr | + | John T. Whaley (Sub V Trustee), Chapter 11 Subchapter V Trustee, John T. Whaley, CPA, P.O. Box 76362, Atlanta, GA 30358-1362 |
| smg | | Secretary of the Treasury, 15th & Pennsylvania Avenue, NW, Washington, DC 20200 |
| 23949792 | + | CITY CAPITAL NY, LLC, 90 STATE STREET, SUITE 700, OFFICE 40, Albany, NY 12207-1707 |
| 23949793 | + | Click Capital Group, LLC, 7901 4th St N., Ste 300, Saint Petersburg, FL 33702-4399 |
| 23949799 | + | NFG Advance, LLC, 1308 KINGS HWY, Brooklyn, NY 11229-1904 |
| 23949798 | + | Newtek Small Business Finance, 4800 T-Rex Avenue, Suite 120, Boca Raton, FL 33431-4479 |
| 23949800 | + | Premium Merchant Funding, LLC., 40 Wall St. 5th Floor, New York, NY 10005-1472 |
| 23949801 | + | Zen Capital, 3131 NE 7th, Miami, FL 33137-4457 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | Aug 22 2022 20:06:00 | Lindsay P. S. Kolba, Office of the U.S. Trustee, Suite 362, 75 Ted Turner Drive, S.W., Atlanta, GA 30303-3330 |
| aty | | Email/Text: wgeer@rlkglaw.com | Aug 22 2022 20:05:00 | Will B. Geer, Rountree, Leitman, Klein & Geer, LLC, Century Plaza I, 2987 Clairmont Road, Suite 350, Atlanta, GA 30329 |
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 22 2022 20:06:00 | Internal Revenue Service, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| smg | | Email/Text: atlreorg@sec.gov | Aug 22 2022 20:06:00 | U. S. Securities and Exchange Commission, Office of Reorganization, Suite 900, 950 East Paces Ferry Road, NE, Atlanta, GA 30326-1382 |
| ust | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | Aug 22 2022 20:06:00 | United States Trustee, 362 Richard Russell Federal Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| 23949790 | + | Email/Text: bankruptcy@arvest.com | Aug 22 2022 20:06:00 | Arvest Equipment Finance, PO Box 1670, Lowell, AR 72745-1670 |
| 23949791 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 22 2022 20:07:59 | Capital One Bank, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 23949795 | | Email/Text: brnotices@dor.ga.gov | Aug 22 2022 20:06:00 | Georgia Department of Revenue, 1800 Century Boulevard, Suite 9100, Atlanta, GA 30345-0000 |
| 23949794 | ^ | MEBN | Aug 22 2022 20:01:20 | Georgia Department of Labor, 148 Andrew Young Inter. Blvd, Room 738, Atlanta, GA 30303-1733 |

TOTAL: 9

District/off: 113E-9     User: bncadmin     Page 2 of 2
Date Rcvd: Aug 22, 2022     Form ID: 309F2     Total Noticed: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 23949796 | * | Internal Revenue Service, CIO, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 23949797 | ##+ | Med Direct Capital, LLC, 151 NW 1st Ave, Delray Beach, FL 33444-2611 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2022     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| John T. Whaley (Sub V Trustee) | trustee@jtwcpa.net  jtwhaley@jtwcpa.net |
| Lindsay P. S. Kolba | on behalf of U.S. Trustee United States Trustee lindsay.p.kolba@usdoj.gov |
| Will B. Geer | on behalf of Debtor Zeroholding  LLC wgeer@rlkglaw.com, willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;swenger@rlkglaw.com;6717577420@filings.docketbird.com |

TOTAL: 3