**IT IS ORDERED as set forth below:**


**Date: August 22, 2022**

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____


## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| ZEROHOLDING, LLC, | Case No. 22-56502-jwc |
| Debtor. | |

### ORDER GRANTING DEBTOR'S MOTION FOR EXPEDITED HEARINGS
### AND ORDER AND NOTICE SCHEDULING EXPEDITED HEARINGS

Upon consideration of the Motion of the Debtor for Expedited Hearings on First Day

Motions [Doc. 5] (the "**Motion for Hearings**") on the following motions: (a) Emergency Motion

for Order Authorizing the Continued Use of Existing Bank Account [Doc. 4] (the "**Bank Account**

**Motion**"); (b) Emergency Motion for Entry of an Order (A) Authorizing Debtor to Pay all

Prepetition Payroll Obligations, and (B) Directing Banks to Honor Related Transfers [Doc. 3] (the

"**Payroll Motion**"); and (c) Emergency Motion for Authority to Use Cash Collateral [Doc. 2] (the

"**Cash Collateral Motion,**" and collectively with the Bank Account Motion and the Payroll

Motion, the "**First Day Motions**"), and it appearing that good cause exists to grant the requested relief,

### IT IS HEREBY ORDERED AND NOTICE IS HEREBY GIVEN:

1.      The Motion for Hearings is GRANTED.

2.      The Court shall hold a hearing on the First Day Motions on **Wednesday, August 24, 2022 at 1:30 p.m. in Courtroom 1203, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303**; participants may dial-in via the following: toll free number: **833-568-8864; Meeting ID 160 459 5648.**

3.      Parties may participate via Zoom at the following link: https://www.zoomgov.com/j/1604595648?pwd=ME1vQWt5WTZmQjhKdXJqWG55TWl3Zz09. This link is best used on a desktop or laptop computer but may be used on a phone or tablet and can also be found on Judge Jeffery Cavendar's webpage at https://www.ganb.uscourts.gov/content/honorable-jeffery-w-cavender. Participants' devices must have a camera and audio.

4.      Counsel for the Debtor shall serve this Order and Notice via email, facsimile, or overnight mail upon the Debtor's twenty largest creditors, all parties who have filed a Notice of Appearance in the case, any party who may assert an interest in cash collateral, and the United States Trustee. Debtor's counsel shall file a certificate of service before the hearing date.

### ### END OF ORDER ###

**Prepared and presented by:**

**ROUNTREE LEITMAN KLEIN & GEER, LLC**

*/s/ Will Geer*
William A. Rountree, Ga. Bar No. 616503
Will B. Geer, Ga. Bar No. 940943
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
(404) 584-1238 Telephone
wrountree@rlkglaw.com
wgeer@rlkglaw.com
*Proposed Attorneys for the Debtor*

**Distribution List**

William A. Rountree
ROUNTREE LEITMAN KLEIN & GEER, LLC
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329

Office of the United States Trustee
Attn: Lindsay Kolba
Suite 362, Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                Case No. 22-56502-jwc

Zeroholding, LLC                                                      Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 113E-9 | User: bncadmin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 22, 2022 | Form ID: pdf534 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Zeroholding, LLC, 11175 Cicero Drive, STE 100, Alpharetta, GA 30022-1179 |
| | + | William A. Rountree, ROUNTREE LEITMAN KLEIN & GEER, LLC, Century Plaza I, 2987 Clairmont Road, Suite 350, Atlanta, GA 30329-4435 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion21.at.ecf@usdoj.gov | Aug 22 2022 20:06:00 | United States Trustee, 362 Richard Russell Federal Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| | + Email/Text: ustpregion21.at.ecf@usdoj.gov | Aug 22 2022 20:06:00 | Office of the United States Trustee, Attn: Lindsay Kolba, Suite 362, Richard B. Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2022          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Lindsay P. S. Kolba | |
| | on behalf of U.S. Trustee United States Trustee lindsay.p.kolba@usdoj.gov |

District/off: 113E-9                                        User: bncadmin                                                Page 2 of 2
Date Rcvd: Aug 22, 2022                              Form ID: pdf534                                          Total Noticed: 4

Will B. Geer
                              on behalf of Debtor Zeroholding  LLC wgeer@rlkglaw.com,
                              willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;swenger@rlkglaw.com;6717577420@filings.docketbird.com


TOTAL: 2