AMENDED

**Fill in this information to identify the case:**

Debtor name ___Zeroholding, LLC_____

United States Bankruptcy Court for the: ___Northern District of Georgia____

                                                              (State)

Case number (If known): ___22-56502_____

☑ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals                    12/15

---

**Part 1:    Summary of Assets**

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
       Copy line 88 from *Schedule A/B* ...........................................................    $ _____ 0.00

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B* ..........................................................    $ _____ 1,325,252.33

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B* ............................................................    $ _____ 1,325,252.33

---

**Part 2:    Summary of Liabilities**

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ...............................    $ _____ 50,020.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 6a of *Schedule E/F*.......................................................    $ _____ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ....................................    +$ _____ 5,155,825.00

4. **Total liabilities** ..................................................................................................................    $ _____ 5,205,845.00
   Lines 2 + 3a + 3b

AMENDED

| Fill in this information to identify the case: |
|---|

Debtor name          Zeroholding, LLC
_____

United States Bankruptcy Court for the:   Northern District of Georgia
_____

Case number (If known):    22-56502
_____

☑ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Newtek Small Business Finance 4800 T-Rex Avenue Suite 120 Boca Raton, FL, 33431 | | | | | | 3,500,000.00 |
| 2 | CITY CAPITAL NY, LLC 90 STATE STREET, SUITE 700 OFFICE 40 Albany, NY, 12207 | | Cash Advance | Disputed | | | 450,000.00 |
| 3 | Click Capital Group, LLC 7901 4th St N. Ste 300 Saint Petersburg, FL, 33702 | | Cash Advance | Disputed | | | 420,000.00 |
| 4 | Premium Merchant Funding, LLC 40 Wall St. 5th Floor New York, NY, 10005 | | Cash Advance | Disputed | | | 200,000.00 |
| 5 | PointOne Capital, LLC 90 STATE STREET, SUITE 700 Office 40 Albany, NY, 12207 | | Business Guarantee | Disputed | | | 200,000.00 |
| 6 | Med Direct Capital, LLC 151 NW 1st Ave Delray Beach, FL, 33444 | | Cash Advance | Disputed | | | 100,000.00 |
| 7 | NFG Advance, LLC 1308 KINGS HWY Brooklyn, NY, 11229 | | Cash Advance | Disputed | | | 100,000.00 |
| 8 | Zen Capital c/o Trevor Talbot 602 NE 38TH ST Oakland Park, FL, 33334 | | Cash Advance | Disputed | | | 100,000.00 |

| Debtor | Zeroholding, LLC | | Case number (if known) | 22-56502 |
|---|---|---|---|---|
| | Name | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Capital One Bank
Po Box 31293
Salt Lake City, UT, 84131 | | Credit Card Debt | | | | 65,000.00 |
| 10 | KOCO TV
1300 East Britton Road
Oklahoma City, OK, 73131 | | | Disputed | | | 20,825.00 |
| 11 | CHTD Company
P.O. Box 2576
Springfield, IL, 62708 | | | Disputed | | | 0.00 |
| 12 | Centra Funding, LLC
1450 Preston Road
Suite 115
Plano, TX, 75093 | | | Disputed | | | 0.00 |
| 13 | SL Airpark II LLC
195 Morristown Road
Basking Ridge, NJ, 07920 | | | | | | 0.00 |
| 14 | Northwinds Leasing, LLC
11175 Cicero Drive
Suite 100
Alpharetta, GA, 30022 | | | | | | 0.00 |
| 15 | SL Airpark LLC
195 Morristown Road
Basking Ridge, NJ, 07920 | | | | | | 0.00 |
| 16 | Enterprise FM Trust
301 BELLEVUE PARKWAY
3rd Floor
Wilmington, DE, 07920 | | Lease | | | | 0.00 |
| 17 | Lincoln Industrial, LLC
1111 N LEE AVE
215
Oklahoma City, OK, 73103 | | | | | | 0.00 |
| 18 | Curepoint, LLC
11175 Cicero Drive
Suite 100
Alpharetta, GA, 30022 | | | | | | 0.00 |
| 19 | Nevada Department of Taxation,
Bankruptcy Section
555 E. Washington Avenue
Suite 1300
Las Vegas, NV, 89101 | | Taxes & Other Government Units | | | | 0.00 |
| 20 | Oklahoma Department of Revenue
P.O. Box 26800
Oklahoma City, OK, 73126-0800 | | Taxes & Other Government Units | | | | 0.00 |

AMENDED

**Fill in this information to identify the case:**

Debtor name __Zeroholding, LLC__

United States Bankruptcy Court for the: __Northern District of Georgia__

Case number (If known): __22-56502__

☑ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**    $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Synovus | Checking | 4  4  3  0 | $ 1,519.95 |
| 3.2. | See continuation sheet | | | $ 4,632.59 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____    $_____
   4.2. _____    $_____

5. **Total of Part 1**    $ 6,152.54

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. Deposits, including security deposits and utility deposits

   Description, including name of holder of deposit

   7.1. _____    $_____
   7.2. _____    $_____

Debtor    Zeroholding, LLC
_____
Name

Case number (if known) 22-56502

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____    $_____

8.2._____    $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $_____

---

| **Part 3:** | **Accounts receivable** |

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

**11. Accounts receivable**

11a. 90 days old or less:  7,502.53 _____  – 0.00 _____  = ........ ➔  $ 7,502.53 _____
face amount        doubtful or uncollectible accounts

11b. Over 90 days old:  32,714.26 _____  – 0.00 _____  = ........ ➔  $ 32,714.26 _____
face amount        doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 40,216.79 _____

---

| **Part 4:** | **Investments** |

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1._____    _____    $_____

14.2._____    _____    $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:        % of ownership:

15.1._____    _____%    _____    $_____

15.2._____    _____%    _____    $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____    _____    $_____

16.2._____    _____    $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $_____

---

Debtor ___Zeroholding, LLC_____    Case number (if known)___22-56502_____
                Name

## Part 5:  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials**<br>_____ | ___/___/____<br>MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress**<br>_____ | ___/___/____<br>MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale**<br>_____ | ___/___/____<br>MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies**<br>_____ | ___/___/____<br>MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested**<br>_____ | $_____ | _____ | $_____ |
| 29. **Farm animals** _Examples:_ Livestock, poultry, farm-raised fish<br>_____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles)<br>_____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed**<br>_____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6**<br>_____ | $_____ | _____ | $_____ |

AMENDED

Debtor   Zeroholding, LLC                                                 Case number *(if known)* 22-56502
         Name

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____   Valuation method _____   Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| **Part 7:** | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **39. Office furniture** | | | |
| | $_____ | _____ | $_____ |
| **40. Office fixtures** | | | |
| | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | $_____ | _____ | $_____ |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | · _____ | $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$_____

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor   Zeroholding, LLC
Name

Case number (if known) 22-56502

---

## Part 8:  Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 Vans and Equipment (see listed out VINs in Schedules) | $ 320,000.00 | Straight Line | $ 800,000.00 |
| 47.2 2020 CHEVROLET EXPRESS G3500 S/N 1GCZGHFG4L1158488 | $ _____ | _____ | $ 0.00 |
| 47.3 2014 CHEVROLET EXPRESS G2500 S/N 1GCWGGBA7E1102952 | $ _____ | _____ | $ 0.00 |
| 47.4 See continuation sheet | $ 0.00 | _____ | $ 0.00 |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $ _____ | | $ _____ |
| 48.2 _____ | $ _____ | | $ _____ |
| **49. Aircraft and accessories** | | | |
| 49.1 _____ | $ _____ | _____ | $ _____ |
| 49.2 _____ | $ _____ | _____ | $ _____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** Water Generator | $ _____ | | $ 74,765.00 |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 874,765.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    Zeroholding, LLC
_____    22-56502
Name    Case number (if known)_____

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**
☐ No. Go to Part 10.
☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1 | 600 Airpark Drive, Suite 612, Nashville, TN 37217 | Lease | $_____ | _____ | Unknown<br>$_____ |
| 55.2 | | | $_____ | _____ | $_____ |
| 55.3 | | | $_____ | _____ | $_____ |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
☐ No. Go to Part 11.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>Website | $_____ | _____ | 7,500.00<br>$_____ |
| 62. **Licenses, franchises, and royalties**<br>Zerorez Franchise Rights | $_____ | _____ | 360,000.00<br>$_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>Customer List | $_____ | _____ | 36,618.00<br>$_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$ 404,118.00

Debtor    Zeroholding, LLC
     Name

Case number *(if known)* 22-56502

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No
☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____    _____ − _____ = → $_____
    Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    $_____
_____    Tax year _____    $_____
_____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**

_____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $_____

Nature of claim    _____

Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Possible Claim Against Curepoint, LLC for Monies Loaned    $ Unknown

Nature of claim    Monies Funded

Amount requested    $ 0.00

76. **Trusts, equitable or future interests in property**

_____    $_____

77. **Other property of any kind not already listed**    *Examples:* Season tickets, country club membership

_____    $_____
_____    $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor    Zeroholding, LLC
         _____    Case number (if known) 22-56502
         Name

---

| **Part 12:** | **Summary** |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $ 6,152.54 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $ 0.00 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $ 40,216.79 | |
| 83. **Investments.** Copy line 17, Part 4. | $ 0.00 | |
| 84. **Inventory.** Copy line 23, Part 5. | $ 0.00 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $ 874,765.00 | |
| 88. **Real property.** Copy line 56, Part 9. .......................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $ 404,118.00 | |
| 90. **All other assets.** Copy line 78, Part 11. | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 1,325,252.33 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ....................... 1,325,252.33    $ 1,325,252.33

---

| Debtor 1 | Zeroholding, LLC | | | Case number *(if known)* | 22-56502 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Continuation Sheet for Official Form 206 A/B

**3) Checking, savings, money market, or financial brokerage accounts**

| | | | |
|---|---|---|---|
| Synovus | Checking | 7936 | |

Balance: 4,296.21

| BancFirst | Checking | 2630 |
|---|---|---|

Balance: 336.38

| Synovus | Checking | 3029 |
|---|---|---|

Balance: 0.00

**47) Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

2014 CHEVROLET
EXPRESS G2500 S/N
1GCWGGBAXE1102685                                    0.00

2014 CHEVROLET
2500 VAN S/N
1GCWGGFA1E1210347                                    0.00

2017 CHEVROLET
EXPRESS G3500 S/N
1GCZGHFG6H1347862                                    0.00

2018 CHEVROLET
EXPRESS G2500 S/N
1GCWGBFGXJ1169752                                    0.00

2020 CHEVROLET
EXPRESS G2500 S/N
1GCWGAFGXL1271503                                    0.00

2014 CHEVROLET
EXPRESS G2500 S/N
1GCWGGBA7E1103776                                    0.00

2015 CHEVROLET
EXPRESS G2500 S/N
1GCWGFCFXF1283017                                    0.00

2018 CHEVROLET
EXPRESS G3500 S/N
1GCWGAFG9J1325659                                    0.00

2020 CHEVROLET
EXPRESS G3500 S/N
1GCZGHFG2L1151264                                    0.00

2014 CHEVROLET
EXPRESS G2500 S/N
1GCWGGBA6E1178579                                    0.00

2020 CHEVROLET
EXPRESS G3500 S/N                                    0.00

AMENDED

Debtor 1   Zeroholding, LLC

First Name      Middle Name      Last Name

Case number *(if known)* 22-56502

## Continuation Sheet for Official Form 206 A/B

1GCZGHFG7L1175138

2012 CHEVROLET                                                    0.00
EXPRESS G3500 S/N
1GCZGUCA7C1100416

2014 CHEVROLET                                                    0.00
EXPRESS G2500 S/N
1GCWGGCA4E1127807

2014 CHEVROLET                                                    0.00
EXPRESS G2500 S/N
1GCWGGBA1E1179042

2014 CHEVROLET                                                    0.00
EXPRESS G2500 S/N
1GCWGGBAXE1102198

2020 CHEVROLET                                                    0.00
EXPRESS G3500 S/N
1GCZGHFG5L1168222

2018 CHEVROLET                                                    0.00
EXPRESS G3500 S/N
1GCZGHFG1J1177299

AMENDED

**Fill in this information to identify the case:**

Debtor name _Zeroholding, LLC_

United States Bankruptcy Court for the: _Northern District of Georgia_

Case number (If known): _22-56502_

☑ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1** Creditor's name
Arvest Equipment Finance

Describe debtor's property that is subject to a lien
Copiers

$ 50,020.00     $ 0.00

Creditor's mailing address
PO Box 1670
Lowell, AR 72745

Describe the lien
_Agreement you made_

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred  06/01/2022
Last 4 digits of account number  5283

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor,

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** Creditor's name
CAN Capital, Inc.

Describe debtor's property that is subject to a lien
Creditor asserts lien on all debtor's assets.

$Unknown     $0.00

Creditor's mailing address
2 Sun Court
Suite 400, Peachtree Corners, GA 30092

Describe the lien
_Agreement you made, 877-300-8282 Debtor_

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred
Last 4 digits of account number

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

   ☐ Yes. The relative priority of creditors is specified on lines _____

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$ 50,020.00

AMENDED

| Debtor | Zeroholding, LLC | Case number *(if known)* | 22-56502 |
|---|---|---|---|
| | Name | | |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |

AMENDED

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Zeroholding, LLC |
| United States Bankruptcy Court for the: | Northern District of Georgia |
| Case number (if known) | 22-56502 |

☑ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br>Alabama Department of Labor<br>649 Monroe Street<br>c/o Fitzgerald Washington<br>Montgomery, AL, 36131 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 0.00 | $ |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>Taxes & Other Government Units | | |
| | **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 ) | | | |
| **2.2** | **Priority creditor's name and mailing address**<br>Alabama Department of Revenue<br>P.O. Boz 320001<br>Montgomery, AL, 36132-0001 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 0.00 | $ |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>Taxes & Other Government Units | | |
| | **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 ) | | | |
| **2.3** | **Priority creditor's name and mailing address**<br>Georgia Department of Labor<br>148 Andrew Young Inter. Blvd<br>Room 738<br>Atlanta, GA, 30303-0000 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 0.00 | $ |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>Taxes & Other Government Units | | |
| | **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 ) | | | |

AMENDED

| Debtor | ZeroHolding, LLC | Case number *(if known)* 22-56502 |
|---|---|---|
| | Name | |

---

**Part 1.** **Additional Page**

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.4** **Priority creditor's name and mailing address**
Georgia Department of Revenue
1800 Century Boulevard
Suite 9100
Atlanta, GA, 30345-0000

$ 0.00    $

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.5** **Priority creditor's name and mailing address**
Internal Revenue Service
CIO
P.O. Box 7346
Philadelphia, PA, 19101-7346

$ 0.00    $

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.6** **Priority creditor's name and mailing address**
Nevada Department of Employment, Training &
Rehab Employment Security Division
500 East Third Street
Carson City, NV, 89713

$ 0.00    $

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.7** **Priority creditor's name and mailing address**
Nevada Department of Taxation, Bankruptcy
Section
555 E. Washington Avenue
Suite 1300
Las Vegas, NV, 89101

$ 0.00    $

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Zerenholding, LLC                                    Case number (if known)  22-56502
          Name

| Part 1. | Additional Page |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|

**2.8** Priority creditor's name and mailing address

Oklahoma Department of Labor
409 NE 28th Street
3rd Floor
Oklahoma City, OK, 73105

$ 0.00                    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.9** Priority creditor's name and mailing address

Oklahoma Department of Revenue
P.O. Box 26800
Oklahoma City, OK, 73126-0800

$ 0.00                    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.10** Priority creditor's name and mailing address

Oklahoma Employment Security Commission
P.O. Box 52003
ATTN: Legal Department
Oklahoma City, OK, 73152-2003

$ 0.00                    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.11** Priority creditor's name and mailing address

Oklahoma Tax Commission
2501 N. Lincoln Blvd.
Oklahoma City, OK, 73105

$ 0.00                    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

AMENDED

| Debtor | Zerohodling, LLC | | Case number *(if known)* | 22-56502 |
|--------|------------------|--|--------------------------|----------|
| | Name | | | |

| Part 1. | Additional Page |
|---------|-----------------|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.12** **Priority creditor's name and mailing address**
Tennessee Department of  Revenue
500 Deaderick Street
Nashville, TN, 37242

$ 0.00                    $

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes & Other Government Units

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.13** **Priority creditor's name and mailing address**
Tennessee Department of Labor and Workforce
Development
220 French Landing Drive
Nashville, TN, 37243

$ 0.00                    $

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes & Other Government Units

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.** **Priority creditor's name and mailing address**

$ _____        $ _____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

Is the claim subject to offset?
☐ No
☐ Yes

---

**2.** **Priority creditor's name and mailing address**

$ _____        $ _____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

Is the claim subject to offset?
☐ No
☐ Yes

---

| Debtor | Zeroholding, LLC | Case number (if known) | 22-56502 |
|---|---|---|---|
| | Name | | |

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1**  **Nonpriority creditor's name and mailing address**
Capital One Bank
Po Box 31293

Salt Lake City, UT, 84131

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Credit Card Debt

$ 65,000.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2**  **Nonpriority creditor's name and mailing address**
Centra Funding, LLC
1450 Preston Road
Suite 115
Plano, TX, 75093

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

$ Unknown

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3**  **Nonpriority creditor's name and mailing address**
CHTD Company
P.O. Box 2576

Springfield, IL, 62708

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

$ Unknown

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.4**  **Nonpriority creditor's name and mailing address**
CITY CAPITAL NY, LLC
90 STATE STREET, SUITE 700
OFFICE 40
Albany, NY, 12207

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**    Cash Advance

$ 450,000.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.5**  **Nonpriority creditor's name and mailing address**
Click Capital Group, LLC
7901 4th St N.
Ste 300
Saint Petersburg, FL, 33702

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**    Cash Advance

$ 420,000.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.6**  **Nonpriority creditor's name and mailing address**
Curepoint, LLC
11175 Cicero Drive
Suite 100
Alpharetta, GA, 30022

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ Undetermined

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor ___Zeroholding, LLC_____    Case number _(if known)___22-56502___
      Name

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3._7_** Nonpriority creditor's name and mailing address

Eclipse Staffing, LLC
11175 Cicero Drive
Suite 100
Alpharetta, GA, 30022

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ Undetermined

---

**3._8_** Nonpriority creditor's name and mailing address

Enterprise FM Trust
301 BELLEVUE PARKWAY
3rd Floor
Wilmington, DE, 07920

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Lease

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

---

**3._9_** Nonpriority creditor's name and mailing address

IBS Solutions, Inc.
11175 Cicero Drive
Suite 100
Alpharetta, GA, 30022

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ Undetermined

---

**3._10_** Nonpriority creditor's name and mailing address

KOCO TV
1300 East Britton Road

Oklahoma City, OK, 73131

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number __890751__

Is the claim subject to offset?
☑ No
☐ Yes

$ 20,825.00

---

**3._11_** Nonpriority creditor's name and mailing address

Lincoln Industrial, LLC
1111 N LEE AVE
215
Oklahoma City, OK, 73103

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

---

Debtor    Zeroholding, LLC
         Name

Case number (if known)    22-56502

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12    Nonpriority creditor's name and mailing address**

MEC Capital, Inc.
11175 Cicero Drive
Suite 100
Alpharetta, GA, 30022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ Undetermined

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.13    Nonpriority creditor's name and mailing address**

Med Direct Capital, LLC
151 NW 1st Ave
Delray Beach, FL, 33444

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Cash Advance

$ 100,000.00

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.14    Nonpriority creditor's name and mailing address**

Medical Management Institute, Inc.
11175 Cicero Drive
Suite 100
Alpharetta, GA, 30022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ Unknown

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.15    Nonpriority creditor's name and mailing address**

Mittere Tax & Advisory, LLC
11175 Cicero Drive
Suite 100
Alpharetta, GA, 30022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ Undetermined

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.16    Nonpriority creditor's name and mailing address**

Mittere, Inc.
11175 Cicero Drive
Suite 100
Alpharetta, GA, 30022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ Unknown

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Zeroholding, LLC    Case number (if known)  22-56502
        Name

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 17    Nonpriority creditor's name and mailing address

Newtek Small Business Finance
4800 T-Rex Avenue
Suite 120
Boca Raton, FL, 33431

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 3,500,000.00

Date or dates debt was incurred    04/28/2022

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 18    Nonpriority creditor's name and mailing address

NFG Advance, LLC
1308 KINGS HWY

Brooklyn, NY, 11229

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Cash Advance

$ 100,000.00

Date or dates debt was incurred    _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 19    Nonpriority creditor's name and mailing address

Northwinds Leasing, LLC
11175 Cicero Drive
Suite 100
Alpharetta, GA, 30022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ Unknown

Date or dates debt was incurred    _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 20    Nonpriority creditor's name and mailing address

Physician Financial Partners, LLC
11175 Cicero Drive
Suite 100
Alpharetta, GA, 30022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ Undetermined

Date or dates debt was incurred    _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 21    Nonpriority creditor's name and mailing address

PointOne Capital, LLC
90 STATE STREET, SUITE 700
Office 40
Albany, NY, 12207

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Business Guarantee

$ 200,000.00

Date or dates debt was incurred    _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

AMENDED

Debtor    Zeroholding, LLC    Case number *(if known)*    22-56502
       Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.22** Nonpriority creditor's name and mailing address

Premium Merchant Funding, LLC
40 Wall St. 5th Floor

New York, NY, 10005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Cash Advance

$ 200,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.23** Nonpriority creditor's name and mailing address

SL Airpark II LLC
195 Morristown Road
Basking Ridge, NJ, 07920

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.24** Nonpriority creditor's name and mailing address

SL Airpark LLC
195 Morristown Road
Basking Ridge, NJ, 07920

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.25** Nonpriority creditor's name and mailing address

Zen Capital c/o Trevor Talbot
602 NE 38TH ST

Oakland Park, FL, 33334

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Cash Advance

$ 100,000.00

Date or dates debt was incurred    07/01/2022

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.____** Nonpriority creditor's name and mailing address

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Enterprise FM Trust c/o BNY MELLON TRUST OF DELAWARE<br>301 BELLEVUE PARKWAY<br>3rd Floor<br>Wilmington, DE, 19809 | Line 3.8<br>☐ Not listed. Explain: | _____ |
| 4.2. | Lincoln Industrial, LLC c/o  C T CORPORATION SYSTEM<br>289 S Culver St.<br>Lawrenceville<br>, GA, 30046 | Line 3.11<br>☐ Not listed. Explain | _____ |
| 4.3. | Mittere, Inc. c/o Michael Miles<br>300 Hayward Lane<br><br>Alpharetta, GA, 30022 | Line 3.16<br>☐ Not listed. Explain | _____ |
| 4.4. | Moore & Van Allen PLLC<br>100 North Tryon Street<br>Suite 4700<br>Charlotte, NC, 28202 | Line 3.24<br>☐ Not listed. Explain | _____ |
| 41. | Moore & Van Allen PLLC<br>100 North Tryon Street<br>Suite 4700<br>Charlotte, NC, 28202 | Line 3.23<br>☐ Not listed. Explain | _____ |
| 4.5. | Newtek Small Business Finance c/o Aldridge Pite, LLP<br>3575 Piedmont Road, NE<br>Suite 500<br>Atlanta, GA, 30305 | Line 3.17<br>☐ Not listed. Explain | _____ |
| 4.6. | Newtek Small Business Finance c/o Corporation Service Company<br>2 SUN COURT<br>SUITE 400<br>Peachtree Corners, GA, 30092 | Line 3.17<br>☐ Not listed. Explain | _____ |
| 4.7. | Northwinds Leasing, LLC c/o Michael Miles<br>300 Hayward Lane<br>Alpharetta, GA, 30022 | Line 3.19<br>☐ Not listed. Explain | _____ |
| 4.8. | PointOne Capital, LLC c/o Hunter,Maclean,Exley & Dunn,P.C<br>P.O. Box 9848<br>Savannah, GA, 31412 | Line 3.21<br>☐ Not listed. Explain | _____ |
| 4.9. | Premium Merchant Funding, LLC c/o Hunter, Maclean, Exley & Dunn ,P.C<br>P.O. Box 9848<br>Savannah, GA, 31412 | Line 3.22<br>☐ Not listed. Explain | _____ |
| 4.10. | Rauch-Milliken International, Inc.<br>PO Box 8390<br>Metairie, LA, 70011-8390 | Line 3.10<br>☐ Not listed. Explain | _____ |
| 4.11. | SL Airpark II LLC c/o CORPORATION SERVICE COMPANY<br>2908 POSTON AVE<br>Nashville, TN, 37203 | Line 3.23<br>☐ Not listed. Explain | _____ |

AMENDED

| Debtor | Zeroholding, LLC | | Case number (if known) 22-56502 |
| | Name | | |

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.<sup>13</sup> SL Airpark LLC c/o CORPORATION SERVICE COMPANY<br>2908 POSTON AVE<br>Nashville, TN, 37203-1312 | Line 3.24<br>☐ Not listed. Explain | _____ |
| 4.___ | Line ____<br>☐ Not listed. Explain | _____ |
| 4.___ | Line ____<br>☐ Not listed. Explain | _____ |
| 4.___ | Line ____<br>☐ Not listed. Explain | _____ |
| 4.___ | Line ____<br>☐ Not listed. Explain | _____ |
| 4.___ | Line ____<br>☐ Not listed. Explain | _____ |
| 4.___ | Line ____<br>☐ Not listed. Explain | _____ |
| 4.___ | Line ____<br>☐ Not listed. Explain | _____ |
| 4.___ | Line ____<br>☐ Not listed. Explain | _____ |
| 4.___ | Line ____<br>☐ Not listed. Explain | _____ |
| 4.___ | Line ____<br>☐ Not listed. Explain | _____ |
| 4.___ | Line ____<br>☐ Not listed. Explain | _____ |
| 4.___ | Line ____<br>☐ Not listed. Explain | _____ |

Debtor _____Zed Holding, LLC_____    Case number _(if known)_ __22-56502__
        Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. + | $ 5,155,825.00 |
| 5c. **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 5,155,825.00 |

AMENDED

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>Zeroholding, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Northern District of Georgia</td></tr>
<tr><td>Case number (If known):</td><td>22-56502</td></tr>
</table>

☑ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

---

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes    (By checking yes, declarant is not representing that any of the below entities or individuals are actually liable to the listed Creditor - only that the Creditor may have asserted that the entity or individual is liable.)

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 Phillip Miles | Phillip Miles<br>300 Hayward Lane<br>Alpharetta, GA 30022 | Premium Merchant Fundir | ☐ D<br>☑ E/F<br>☐ G |
| 2.2 Curepoint, LLC | Curepoint, LLC<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | Premium Merchant Fundir | ☐ D<br>☑ E/F<br>☐ G |
| 2.3 Phillip Miles | Phillip Miles<br>300 Hayward Lane<br>Alpharetta, GA 30022 | Zen Capital c/o Trevor Tal | ☐ D<br>☑ E/F<br>☐ G |
| 2.4 Curepoint, LLC | Curepoint, LLC<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | Zen Capital c/o Trevor Tal | ☐ D<br>☑ E/F<br>☐ G |
| 2.5 IBS Solutions, Inc. | IBS Solutions, Inc.<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | Zen Capital c/o Trevor Tal | ☐ D<br>☑ E/F<br>☐ G |
| 2.6 HST, Inc. | HST, Inc.<br>11175 Cicero Drive, STE 100<br>Alpharetta, GA 30022 | Zen Capital c/o Trevor Tal | ☐ D<br>☑ E/F<br>☐ G |

AMENDED

| Debtor | Zeroholding, LLC | Case number (if known) 22-56502 |
|---|---|---|
| | Name | |

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.7 | Mittere, Inc. | Mittere, Inc.<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | Zen Capital c/o Trevor Talbot | ☐ D<br>☑ E/F<br>☐ G |
| 2.8 | Eclipse Advisors, LLC | Eclipse Advisors, LLC<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | Zen Capital c/o Trevor Talbot | ☐ D<br>☑ E/F<br>☐ G |
| 2.9 | Kinetic Subsidiary, Inc. | Kinetic Subsidiary, Inc.<br>11175 Cicero Drive, STE 100<br>Alpharetta, GA 30022 | Zen Capital c/o Trevor Talbot | ☐ D<br>☑ E/F<br>☐ G |
| 2.10 | Radiation Oncology Center | | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.11 | Z.E.R.O. Holding Co., LLC | Z.E.R.O. Holding Co., LLC<br>11175 Cicero Drive, STE 100<br>Alpharetta, GA 30022 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.12 | MMI Educational Technologies, LLC | MMI Educational Technologies, LLC<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.13 | Eyewonder, Inc. | | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.14 | IBS Solutions, Inc. | IBS Solutions, Inc.<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |

AMENDED

| Debtor | Zeroholding, LLC | Case number *(if known)* 22-56502 |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.15 | Alpharetta Weightloss & Counseling, LLC | Alpharetta Weightloss & Counseling, LLC<br>3333 Old Milton Parkway<br>Suite 200<br>Alpharetta, GA 30005 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.16 | Medical Management Institute, Inc. | Medical Management Institute, Inc.<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.17 | Zeroholding LLC d/b/a Zerorez | Zeroholding LLC d/b/a Zerorez<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | Click Capital Group, LLC | ☐ D<br>☐ E/F<br>☐ G |
| 2.18 | ZFS Inc. | ZFS Inc.<br>4282 Segovia Terrace<br>Las Vegas, NV 89121 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.19 | AOA Cares Inc. | AOA Cares Inc.<br>3330 PRESTON RIDGE ROAD<br>Suite 300<br>Alpharetta, GA 30005 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.20 | 3333 Old Milton Hyperbaric, LLC | 3333 Old Milton Hyperbaric, LLC<br>3333 Old Milton Parkway<br>Suite 360<br>Alpharetta, GA 30005 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.21 | 3333 Physical Therapy, LLC | 3333 Physical Therapy, LLC<br>3333 Old Milton Parkway<br>Suite 180<br>Alpharetta, GA 30005 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.22 | AM Terminal Holding, LLC | AM Terminal Holding, LLC<br>189 American Grain St<br>East Saint Louis, IL 62206 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |

AMENDED

| Debtor | Zeroholding, LLC | Case number *(if known)* 22-56502 |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.23 | DTL Investments, LLC | DTL Investments, LLC<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.24 | Innovative Business Practices, Inc. | Innovative Business Practices, Inc.<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.25 | Mittere Tax & Advisory, LLC | Mittere Tax & Advisory, LLC<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.26 | MRT Acquisition, LLC | MRT Acquisition, LLC<br>2813 HIGHWAY 64<br>Apex, NC 27502 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.27 | PRSOG, LLC | PRSOG, LLC<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.28 | Sterling Capital Group, LLC | Sterling Capital Group, LLC<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | Zen Capital c/o Trevor Talbot | ☐ D<br>☑ E/F<br>☐ G |
| 2.29 | The Locklear Company | The Locklear Company<br>11175 Cicero Drive, STE 100<br>Alpharetta, GA 30022 | Zen Capital c/o Trevor Talbot | ☐ D<br>☑ E/F<br>☐ G |
| 2.30 | Mittere Tax & Advisory, LLC | Mittere Tax & Advisory, LLC<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | Zen Capital c/o Trevor Talbot | ☐ D<br>☑ E/F<br>☐ G |

AMENDED

| Debtor | Zeroholding, LLC | |
|---|---|---|
| | Name | |

Case number *(if known)* 22-56502

| | | |
|---|---|---|

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.31 | PRSOG, LLC | PRSOG, LLC<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | Zen Capital c/o Trevor Talbot | ☐ D<br>☑ E/F<br>☐ G |
| 2.32 | JCFJR Holdings, LLC | JCFJR Holdings, LLC<br>11175 Cicero Drive, STE 100<br>Alpharetta, GA 30022 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.33 | Curepoint Holdings LLC | Curepoint Holdings LLC<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | Click Capital Group, LLC | ☐ D<br>☐ E/F<br>☐ G |
| 2.34 | MEC Capital, Inc. | MEC Capital, Inc.<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.35 | Wallace Family Enterprise, LLC | Wallace Family Enterprise, LLC<br>421 NW 13th Street<br>Suite 210<br>Oklahoma City, OK 73103 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.36 | AOA-AMC, LLC | AOA-AMC, LLC<br>3330 PRESTON RIDGE ROAD<br>Suite 300<br>Alpharetta, GA 30005 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.37 | Knowledge Republic Holdings, LLC | Knowledge Republic Holdings, LLC<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.38 | The Locklear Company | The Locklear Company<br>11175 Cicero Drive, STE 100<br>Alpharetta, GA 30022 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |

| Debtor | Zeroholding, LLC | | | |
|---|---|---|---|---|
| | Name | | | |

Case number *(if known)* 22-56502

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.39 | City of Atlanta Fund, LLC | City of Atlanta Fund, LLC<br>11175 Cicero Drive, STE 100<br>Alpharetta, GA 30022 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.40 | Mills Floral Co. | Mills Floral Co.<br>4550 PEACHTREE LAKES DR<br>Duluth, GA 30096-3092 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.41 | Dooley Investment Holdings | Dooley Investment Holdings<br>11175 Cicero Drive, STE 100<br>Alpharetta, GA 30022 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.42 | ZFS Inc. d/b/a ZFS Inc Huntsville | ZFS Inc. d/b/a ZFS Inc Huntsville<br>4282 Segovia Terrace<br>Las Vegas, NV 89121 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.43 | Mittere, Inc. | Mittere, Inc.<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.44 | Curepoint, LLC | Curepoint, LLC<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | Newtek Small Business Finance | ☐ D<br>☑ E/F<br>☐ G |
| 2.45 | Los Locos Amigos Cantina, LLC | Los Locos Amigos Cantina, LLC<br>1030 BROADWAY<br>Columbus, GA 31901 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.46 | Milo Sussex, LLC | Milo Sussex, LLC<br>3180 Mathieson Drive<br>Suite 712<br>Atlanta, GA 30305 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |

AMENDED

| Debtor | Zeroholding, LLC | Case number *(if known)* 22-56502 |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.47 | Water Machine, LLC | Water Machine, LLC<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.48 | Physician Financial Partners, LLC | Physician Financial Partners, LLC<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.49 | ZFS Inc. d/b/a ZFS Inc Nashville | ZFS Inc. d/b/a ZFS Inc Nashville<br>4282 Segovia Terrace<br>Las Vegas, NV 89121 | Click Capital Group, LLC | ☐ D<br>☐ E/F<br>☐ G |
| 2.50 | Zeroholding, LLC d/b/a Zeroholdings, LLC | Zeroholding, LLC d/b/a Zeroholdings, LLC<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.51 | Mark Miles | Mark Miles<br>12720 N Douglas Blvd<br>Jones, OK 73049 | Newtek Small Business Finance | ☐ D<br>☑ E/F<br>☐ G |
| 2.52 | Intelligent Network Solutions, Inc. | Intelligent Network Solutions, Inc.<br>11175 Cicero Drive, STE 100<br>Alpharetta, GA 30022 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.53 | Zeroholding LLC d/b/a Zero Holding | Zeroholding LLC d/b/a Zero Holding<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.54 | Phillip Miles | Phillip Miles<br>300 Hayward Lane<br>Alpharetta, GA 30022 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |

AMENDED

| Debtor | Zeroholding, LLC | Case number *(if known)* 22-56502 |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.55 | RJJ Capital, Inc. | RJJ Capital, Inc.<br>11175 Cicero Drive, STE 100<br>Alpharetta, GA 30022 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.56 | MEC Capital, Inc. | MEC Capital, Inc.<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | Newtek Small Business Finance | ☐ D<br>☑ E/F<br>☐ G |
| 2.57 | Phillip Miles | Phillip Miles<br>300 Hayward Lane<br>Alpharetta, GA 30022 | Newtek Small Business Finance | ☐ D<br>☑ E/F<br>☐ G |
| 2.58 | Lori M. Miles | Lori M. Miles<br>300 Hayward Lane<br>Alpharetta, GA 30022 | Newtek Small Business Finance | ☐ D<br>☑ E/F<br>☐ G |
| 2.59 | Brown Business Development, LLC | Brown Business Development, LLC<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.60 | IBS of America d/b/a IBS Solutions, Inc. | IBS of America d/b/a IBS Solutions, Inc.<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.61 | Zeroholding LLC d/b/a Zeroholding OKC | Zeroholding LLC d/b/a Zeroholding OKC<br>11175 Cicero Drive<br>Suite 100<br>Alpharetta, GA 30022 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.62 | ZFS Inc. d/b/a ZFS Inc. Oklahoma | ZFS Inc. d/b/a ZFS Inc. Oklahoma<br>4282 Segovia Terrace<br>Las Vegas, NV 89121 | Click Capital Group, LLC | ☐ D<br>☑ E/F<br>☐ G |

AMENDED

| Debtor | Zeroholding, LLC | Case number (if known) | 22-56502 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.**63** Schorr Line Enterprises, Inc. | Schorr Line Enterprises, Inc. 11175 Cicero Drive Suite 100 Alpharetta, GA 30022 | Click Capital Group, LLC | ☐ D ☑ E/F ☐ G |
| 2.**64** Eclipse Advisors, LLC | Eclipse Advisors, LLC 11175 Cicero Drive Suite 100 Alpharetta, GA 30022 | Click Capital Group, LLC | ☐ D ☑ E/F ☐ G |
| 2.**65** Junior Raiders Baseball, Inc. | Junior Raiders Baseball, Inc. PO Box 3206 Alpharetta, GA 30023-3206 | Click Capital Group, LLC | ☐ D ☑ E/F ☐ G |
| 2.**66** HST, Inc. | HST, Inc. 11175 Cicero Drive, STE 100 Alpharetta, GA 30022 | Click Capital Group, LLC | ☐ D ☑ E/F ☐ G |
| 2.___ | | | ☐ D ☐ E/F ☐ G |
| 2.___ | | | ☐ D ☐ E/F ☐ G |
| 2.___ | | | ☐ D ☐ E/F ☐ G |
| 2.___ | | | ☐ D ☐ E/F ☐ G |

AMENDED

Fill in this information to identify the case and this filing:

Debtor Name     Zeroholding, LLC

United States Bankruptcy Court for the:    Northern District of Georgia

Case number (*If known*):    22-56502

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☑ Amended *Schedule* ____   A/B, D, E/F, H

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    10/06/2022          ✖ /s/ Phillip Miles
        MM / DD / YYYY          Signature of individual signing on behalf of debtor

                              Phillip Miles
                              Printed name

                              Manager
                              Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

AMENDED

**Fill in this information to identify the case:**

Debtor name ___Zeroholding, LLC___

United States Bankruptcy Court for the: __Northern District of Georgia__

Case number (If known): ___22-56502_____

☑ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:     Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2022<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other | $ 1,513,161.00 |
| **For prior year:** | From 01/01/2021<br>MM / DD / YYYY | to | 12/31/2021<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 3,995,999.00 |
| **For the year before that:** | From 01/01/2020<br>MM / DD / YYYY | to | 12/31/2020<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 2,934,216.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From<br>MM / DD / YYYY | to | Filing date | _____ | $_____ |
| **For prior year:** | From<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $_____ |
| **For the year before that:** | From<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $_____ |

AMENDED

| Debtor | Zeroholding, LLC | Case number *(if known)* | 22-56502 |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/23 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | Capital One Bank <br> Creditor's name <br> Po Box 31293 <br> Salt Lake City, UT 84131 | 7/11/22 <br> 7/8/22 <br> 7/1/22 <br> 6/28/22 <br> 6/27/22 <br> 6/21/22 <br> 6/14/22 <br> 6/8/22 <br> 6/3/22 <br> 5/27/22 | $ 77,000.00 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☑ Other  Credit Card Debt |
| 3.2. | Arvest Equipment Finance <br> Creditor's name <br> PO Box 1670 <br> Lowell, AR 72745 | 7/26/22 <br> 7/15/22 <br> 6/15/22 | $ 7,623.43 | ☑ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | See Attached SOFA Part 2, Question 4 <br> Insider's name <br> 11175 Cicero Drive <br> Suite 100 <br> Alpharetta, <br><br> Relationship to debtor <br> _____ | _____ <br> _____ <br> _____ | $ 0.00 | |
| 4.2. | Newtek Small Business Finance <br> Insider's name <br> 4800 T-Rex Avenue <br> Suite 120 <br> Boca Raton, FL 33431 <br><br> Relationship to debtor <br> _____ | _____ <br> _____ <br> _____ | $ 119,881.48 | |

| Debtor | Zeroholding, LLC | Case number (if known) | 22-56502 |
|---|---|---|---|
| | Name | | |

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | _____ Creditor's name | | _____ | $_____ |
| 5.2. | _____ Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ Creditor's name | | _____ | $_____ |
| | Last 4 digits of account number: XXXX– _____ | | |

---

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Ospylac Enterprises LLC D/B/A Express Employment Professionals v. Zeroholdings, LLC and Robert McClintock | Breach of Contract | Second Circuit Court for Davidson County, Tennessee | ☑ Pending ☐ On appeal ☐ Concluded |
| | **Case number** 21C1883 | | 1 Public Square. Suite 302 Nashville, TN 37201 | |
| 7.2. | **Case title** | | **Court or agency's name and address** | ☐ Pending ☐ On appeal ☐ Concluded |
| | **Case number** | | | |

---

AMENDED

| Debtor | Zeroholding, LLC | Case number (if known) | 22-56502 |
|---|---|---|---|
| | Name | | |

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | _____ |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

## Part 4:    Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ | | _____ | $_____ |
| Recipient's name | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| 9.2. _____ | | _____ | $_____ |
| Recipient's name | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

---

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | _____ | _____ | $_____ |

---

AMENDED

Debtor    Zeroholding, LLC
_____    Case number (if known)  22-56502
Name                                                    _____

| **Part 6:** | **Certain Payments or Transfers** |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before
the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring,
seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Rountree, Leitman, Klein & Geer, LLC | | 08/2022 | $ 20,000.00 |
| | **Address** | | | |
| | 2987 Clairmont Road, Suite 350 Atlanta, GA 30329 | | | |
| | **Email or website address** wgeer@rlkglaw.com | | | |
| | **Who made the payment, if not debtor?** | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to
a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | | _____ | $_____ |
| **Trustee** | | | |
| _____ | | | |

AMENDED

| Debtor | Zeroholding, LLC | Case number *(if known)* | 22-56502 |
|---|---|---|---|
| | Name | | |

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Gordon Telford Jr | | _____ | $ 13,000.00 |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | **Who received transfer?** | | _____ | $ 32,768.28 |
| | Ivy Funding Twelve | | | |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | | From _____ To _____ |
| | | |
| 14.2. | | From _____ To _____ |

AMENDED

Debtor   Zeroholding, LLC                                    Case number *(if known)* 22-56502
_____                    _____
         Name

| Part 8: | Health Care Bankruptcies |
|---------|--------------------------|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? *Check all that apply:* ☐ Electronically ☐ Paper |
| **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
| 15.2. _____ Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? *Check all that apply:* ☐ Electronically ☐ Paper |

| Part 9: | Personally Identifiable Information |
|---------|-------------------------------------|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

   Does the debtor have a privacy policy about that information?

   ☐ No

   ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

   Yes. Does the debtor serve as plan administrator?

   ☐ No. Go to Part 10.

   ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

   Has the plan been terminated?

   ☐ No

   ☐ Yes

AMENDED

| Debtor | Zeroholding, LLC | Case number (if known) | 22-56502 |
|---|---|---|---|
| | Name | | |

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____ Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____ Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name | | | ☐ No<br>☐ Yes |
| Address | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name | | | ☐ No<br>☐ Yes |
| Address | | | |

AMENDED

| Debtor | Zeroholding, LLC | Case number *(if known)* | 22-56502 |
|--------|------------------|--------------------------|----------|
| | Name | | |

---

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|--------------------------|--------------------------|-----------------------------|-------|
| | | | $_____ |
| Name | | | |

---

**Part 12:** **Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|------------|----------------------------------|---------------------|----------------|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|-----------------------|-------------------------------------|------------------------------|----------------|
| Name | Name | | _____ |

---

AMENDED

Debtor  Zeroholding, LLC
_____
Name

Case number *(if known)* 22-56502
_____

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name | _____<br>Name | | _____ |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____<br>Name | | EIN: _____<br><br>**Dates business existed**<br><br>From _____  To _____ |
| 25.2. | _____<br>Name | | EIN: _____<br><br>**Dates business existed**<br><br>From _____  To _____ |
| 25.3. | _____<br>Name | | EIN: _____<br><br>**Dates business existed**<br><br>From _____  To _____ |

AMENDED

| Debtor | Zeroholding, LLC | Case number *(if known)* | 22-56502 |
|---|---|---|---|
| | Name | | |

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. | Mittere Tax & Advisory | From _____ |
| | Name | To _____ |
| | 11175 Cicero Drive, Suite 100, Alpharetta, GA 30022 | |

| Name and address | Dates of service |
|---|---|
| 26a.2. | _____ | From _____ |
| | Name | To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. | Mittere Tax & Advisory | From _____ |
| | Name | To _____ |
| | 11175 Cicero Drive, Suite 100, Alpharetta, GA 30022 | |

| Name and address | Dates of service |
|---|---|
| 26b.2. | _____ | From _____ |
| | Name | To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | Mittere Tax & Advisory | |
| | Name | |
| | 11175 Cicero Drive, Suite 100, Alpharetta, GA 30022 | |

---

AMENDED

Debtor      Zeroholding, LLC
_____
Name

Case number (*if known*) 22-56502
_____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. _____<br>Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. Newtek Small Business Finance<br>_____<br>Name<br>4800 T-Rex Avenue Suite 120, Boca Raton, FL 33431 |

| Name and address |
|---|
| 26d.2. _____<br>Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____<br>Name |

AMENDED

Debtor    Zeroholding, LLC
_____    Case number *(if known)* 22-56502
Name                                                                                          _____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.2. _____ |
| Name |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| MEC Capital | 11175 Cicero Drive STE 100, Alpharetta, GA 30022 | Member | 17.00 |
| Jamila Dadabhoy | 3180 Mathieson Drive Atlanta , Atlanta, GA 30305 | Member | 11.00 |
| Dathan Jay | 17920 Vermejo Drive, Edmond, OK 73012 | Member | 4.00 |
| Mark Miles | 339350 E 850 , Chandler, OK 74834 | Member | 14 |
| Wallace Family Enterprises | 105 Harmony Crossing  STE 3, Eatonton, OK 73121 | Member | 4 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Michael Miles | 300 Hayward Lane, Alpharetta, GA 30022 | Former Member | _____ To _____ |
| Emily Brook | 370 Witten Road Alpharetta GA 30022 | Former Member | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Phillip Miles | 180,000.00 | _____ | Salary |
| Name | | | |
| 300 Hayward Lane Alpharetta, GA | | _____ | |
| | | _____ | |
| Relationship to debtor | | _____ | |
| Manager of MEC Capital, Inc. | | | |

AMENDED

| Debtor | Zeroholding, LLC | | Case number *(if known)* | 22-56502 |
|---|---|---|---|---|
| | Name | | | |

| 30.2 | **Name and address of recipient** | 185,747.87 | | Independent Contractor Work |
|---|---|---|---|---|
| | Erik Wallace | | | |
| | Name | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _____ |

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10/06/2022
　　　　　　　　　MM  / DD  / YYYY

✖ /s/ Phillip Miles                                    Printed name   Phillip Miles
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   Manager

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☑ Yes

---

| Debtor Name | Zeroholding, LLC | Case number *(if known)* | 22-56502 |

## Continuation Sheet for Official Form 207

**3) Certain payments or transfers to creditors within 90 days before filing this case**

| | |
|---|---|
| American Express, | $16,500.00 |
| Ivy Funding Twelve, | $23,209.08 |
| Quick Capital, | $10,000.00 |
| Synovus, | $24,333.40 |
| Zerorez Franchising Systems, Inc., | $40,892.43 |

**13) Transfers not already listed on this statement**

Transferee: Plexe, LLC

Date of Transfer:

Description:

Value: $4,391.00

---

Transferee: Secure Capital

Date of Transfer:

Description:

Value: $2,000.00

---

Transferee: Zaryn Holdings, LLC

Date of Transfer:

Description:

Value: $1,975.00

---

**28) Additional people in control of the debtor at the time of the filing of this case**

| | | |
|---|---|---|
| Schorr Line Enterprises | 3955 Brookline Drive, Alpharetta, GA 30055 | 19 |
| Dooley Investment Holdings | 1071 Ridge Point, Athens, GA 30606 | 9 |
| Brown Business | 28441 Zurita, Mission | 13 |

AMENDED

Debtor Name     Zeroholding, LLC

Case number *(if known)*_____ 22-56502

## **Continuation Sheet for Official Form 207**

Development              Viejo, CA 92692

RJJ Capital              2757 Grove Street,          9.0
                         Atlanta, GA 30319


**30) Payments, distributions, or withdrawals credited or given to insiders**

**Name and Address:**

**MEC Capital, Inc.**

**11175 Cicero Drive**
**Suite 100**
**Alpharetta, GA 30022**

**Amount of money or description: $36,500.00**

**Dates:  – ,  – ,  –**

**Reason:**

**---**

**Zeroholding LLC**
**Due To/(From)**
**1/1/2019 to 8/19/2022**

| Date | Amount | Entity | Due To/(From) | Total-1/1/19 to 8/19/22 |
|---|---|---|---|---|
| 1/4/19 | 1,000.00 | Northwinds | MEC | $ (631,896) |
| 1/4/19 | 47,500.00 | Northwinds | Northwinds | 891,596 |
| 1/14/19 | 2,000.00 | Northwinds | Mittere | 948,102 |
| 1/15/19 | 100.00 | Northwinds | Eclipse Staffing | (515,673) |
| 1/15/19 | 14,100.00 | Northwinds | Curepoint | (4,563) |
| 1/16/19 | 4,500.00 | Northwinds | PFP | (82,536) |
| 1/18/19 | 14,000.00 | Northwinds | MMI | 50,100 |
| 1/23/19 | 2,000.00 | Northwinds | IBS | 2,000 |
| 1/23/19 | 1,000.00 | Northwinds | Mittere Tax | 12,800 |
| 1/31/19 | (10,000.00) | Eclipse Staffing | | |
| 2/6/19 | (1,500.00) | Mittere Inc | | $ 669,930 |
| 2/6/19 | (500.00) | Northwinds | | |
| 2/8/19 | (15,800.00) | MEC | Payroll for ZH | $ 771,415 |
| 2/11/19 | (6,500.00) | Mittere Inc | Reconciliation | $ (101,485) |
| 2/12/19 | (7,000.00) | MEC | | |
| 2/14/19 | (4,000.00) | Eclipse Staffing | | |
| 2/15/19 | 2,000.00 | IBS | | |
| 2/15/19 | 31,000.00 | MEC | **2022 Payroll** | **2021 Payroll** |
| 2/15/19 | 1,000.00 | Mittere Tax | $ 78,435 | $ 196,042 |
| 2/15/19 | 2,000.00 | MMI | | |
| 2/19/19 | (4,000.00) | MEC | | |
| 2/21/19 | (1,000.00) | MEC | **2020 Payroll** | **2019 Payroll** |
| 2/22/19 | (800.00) | Mittere Inc | $ 106,279 | $ 390,659 |
| 2/22/19 | (1,700.00) | Northwinds | | |
| 2/25/19 | (400.00) | MEC | | |
| 2/25/19 | (1,500.00) | Mittere Inc | | |
| 2/25/19 | (8,000.00) | Mittere Inc | | |
| 2/28/19 | (34,000.00) | Eclipse Staffing | | |
| 2/28/19 | (14,500.00) | Northwinds | | |
| 3/1/19 | (2,000.00) | Northwinds | | |
| 3/5/19 | (3,000.00) | Mittere Inc | | |
| 3/7/19 | (11,500.00) | MEC | | |
| 3/11/19 | (6,000.00) | MEC | | |
| 3/14/19 | (1,600.00) | Mittere Inc | | |
| 3/15/19 | 29,000.00 | Northwinds | | |
| 3/21/19 | (1,600.00) | Mittere Inc | | |
| 3/29/19 | 5,900.00 | Northwinds | | |
| 4/15/19 | (28,500.00) | Northwinds | | |
| 5/15/19 | (15,400.00) | Eclipse Staffing | | |
| 5/15/19 | (850.00) | Mittere Inc | | |
| 5/15/19 | (10,000.00) | Northwinds | | |
| 5/22/19 | (3,200.00) | Eclipse Staffing | | |
| 5/22/19 | 5,900.00 | Mittere Inc | | |
| 5/23/19 | (9,800.00) | Mittere Inc | | |
| 5/23/19 | (870.00) | Mittere Inc | | |
| 5/24/19 | (300.00) | MEC | | |
| 6/6/19 | 18,500.00 | Northwinds | | |
| 6/12/19 | 2,600.00 | Northwinds | | |

| Date | Amount | Payee |
|---|---|---|
| 6/19/19 | 5,000.00 | Northwinds |
| 6/20/19 | 20,200.00 | Northwinds |
| 6/27/19 | 9,000.00 | Northwinds |
| 7/2/19 | 1,000.00 | Northwinds |
| 7/5/19 | 26,500.00 | Northwinds |
| 7/18/19 | 11,500.00 | Northwinds |
| 7/25/19 | (1,800.00) | Mittere Inc |
| 7/25/19 | (1,800.00) | Northwinds |
| 7/26/19 | (6,100.00) | MEC |
| 7/26/19 | (10,000.00) | MEC |
| 7/26/19 | (6,000.00) | Mittere Inc |
| 7/26/19 | (10,000.00) | Northwinds |
| 7/29/19 | (27,000.00) | Mittere Inc |
| 7/29/19 | (7,782.00) | Northwinds |
| 7/30/19 | (1,000.00) | MEC |
| 8/1/19 | (38,000.00) | Eclipse Staffing |
| 8/1/19 | (18,000.00) | Mittere Inc |
| 8/6/19 | (1,200.00) | MEC |
| 8/6/19 | (2,600.00) | Mittere Inc |
| 8/8/19 | (1,000.00) | MEC |
| 8/8/19 | (1,500.00) | Northwinds |
| 8/9/19 | (2,500.00) | Mittere Inc |
| 8/12/19 | (12,800.00) | Northwinds |
| 8/14/19 | (3,000.00) | PFP |
| 8/15/19 | (6,500.00) | MEC |
| 8/15/19 | (10,100.00) | PFP |
| 8/16/19 | (75,000.00) | Eclipse Staffing |
| 8/16/19 | (1,000.00) | Eclipse Staffing |
| 8/19/19 | (23,800.00) | MEC |
| 8/19/19 | (2,600.00) | Mittere Inc |
| 8/19/19 | (28,000.00) | Northwinds |
| 8/20/19 | (13,500.00) | MEC |
| 8/23/19 | (15,000.00) | Northwinds |
| 8/23/19 | (13,200.00) | Northwinds |
| 8/26/19 | (1,800.00) | Northwinds |
| 8/27/19 | (12,000.00) | MEC |
| 8/29/19 | (20,000.00) | Eclipse Staffing |
| 9/3/19 | (3,000.00) | MEC |
| 9/9/19 | (6,500.00) | MEC |
| 9/9/19 | (22,000.00) | MEC |
| 9/9/19 | (5,000.00) | Northwinds |
| 9/9/19 | (10,300.00) | PFP |
| 9/12/19 | (36,500.00) | Eclipse Staffing |
| 9/12/19 | (10,000.00) | Northwinds |
| 9/13/19 | (4,000.00) | MEC |
| 9/17/19 | (10,000.00) | MEC |
| 9/18/19 | (2,900.00) | MEC |
| 9/24/19 | (7,700.00) | Northwinds |
| 9/25/19 | (28,000.00) | Northwinds |
| 9/29/19 | (7,000.00) | Northwinds |
| 9/30/19 | (14,000.00) | Northwinds |
| 10/1/19 | (1,000.00) | Northwinds |
| 10/2/19 | (5,000.00) | MEC |

| 10/4/19 | (10,000.00) | Northwinds |
|---|---|---|
| 10/7/19 | (4,500.00) | MEC |
| 10/9/19 | (17,000.00) | MEC |
| 10/11/19 | (10,000.00) | Eclipse Staffing |
| 10/15/19 | (6,645.60) | MEC |
| 10/15/19 | (10,000.00) | PFP |
| 10/15/19 | (10,336.04) | PFP |
| 10/21/19 | (2,000.00) | MEC |
| 10/21/19 | (14,000.00) | Northwinds |
| 10/24/19 | (6,300.00) | Eclipse Staffing |
| 10/25/19 | (16,000.00) | MEC |
| 10/31/19 | (15,000.00) | Northwinds |
| 10/31/19 | (14,800.00) | Northwinds |
| 11/4/19 | (42,500.00) | Northwinds |
| 11/6/19 | (11,000.00) | MEC |
| 11/12/19 | (5,500.00) | MEC |
| 11/13/19 | (6,500.00) | MEC |
| 11/21/19 | (10,000.00) | Eclipse Staffing |
| 11/21/19 | (6,800.00) | MEC |
| 11/27/19 | (15,000.00) | Northwinds |
| 11/29/19 | (1,900.00) | MEC |
| 11/29/19 | (33,800.00) | Northwinds |
| 12/3/19 | (7,000.00) | MEC |
| 12/5/19 | (10,000.00) | Eclipse Staffing |
| 12/5/19 | (3,600.00) | MEC |
| 12/6/19 | (5,000.00) | MEC |
| 12/6/19 | (10,000.00) | Northwinds |
| 12/10/19 | (12,400.00) | MEC |
| 12/13/19 | (500.00) | MEC |
| 12/19/19 | 28,500.00 | Northwinds |
| 12/26/19 | (4,400.00) | MEC |
| 12/26/19 | (1,400.00) | Mittere Inc |
| 12/27/19 | (1,000.00) | MEC |
| 1/2/20 | 11,800.00 | Mittere Tax |
| 1/3/20 | 8,800.00 | Northwinds |
| 1/6/20 | 5,000.00 | Northwinds |
| 1/8/20 | 3,600.00 | Northwinds |
| 1/14/20 | 9,700.00 | Northwinds |
| 1/15/20 | 23,300.00 | Northwinds |
| 1/16/20 | 30,900.00 | Northwinds |
| 1/30/20 | 22,300.00 | Northwinds |
| 1/31/20 | 26,000.00 | Northwinds |
| 2/3/20 | 40,000.00 | Northwinds |
| 2/5/20 | 21,000.00 | Northwinds |
| 2/11/20 | (6,400.00) | MEC |
| 2/11/20 | (1,300.00) | Mittere Inc |
| 2/12/20 | (1,600.00) | MEC |
| 2/12/20 | (28,000.00) | Northwinds |
| 2/13/20 | (39,500.00) | Eclipse Staffing |
| 2/13/20 | (4,950.00) | MEC |
| 2/18/20 | 3,000.00 | Northwinds |
| 2/18/20 | 10,000.00 | Northwinds |
| 02/27/2020 | 14,500.00 | Northwinds |

| 02/28/2020 | 4,000.00 | Northwinds |
| 03/04/2020 | (15,000.00) | MEC |
| 03/06/2020 | (1,800.00) | Northwinds |
| 03/10/2020 | (11,600.00) | MEC |
| 03/11/2020 | (700.00) | MMI |
| 03/11/2020 | (28,100.00) | Northwinds |
| 03/12/2020 | (25,000.00) | Eclipse Staffing |
| 03/12/2020 | (1,150.00) | Mittere Inc |
| 03/13/2020 | (600.00) | Mittere Inc |
| 03/16/2020 | (25,800.00) | MEC |
| 03/18/2020 | (700.00) | MEC |
| 03/26/2020 | 16,000.00 | Mittere Inc |
| 04/03/2020 | (800.00) | Northwinds |
| 04/08/2020 | (1,600.00) | Northwinds |
| 04/14/2020 | 11,000.00 | Mittere Inc |
| 04/15/2020 | 30,000.00 | Mittere Inc |
| 04/21/2020 | 8,000.00 | Mittere Inc |
| 04/23/2020 | 25,500.00 | Mittere Inc |
| 04/27/2020 | (7,900.00) | MEC |
| 05/04/2020 | 4,500.00 | Mittere Inc |
| 05/06/2020 | (9,600.00) | MEC |
| 05/06/2020 | (5,000.00) | Mittere Inc |
| 05/08/2020 | (10,500.00) | MEC |
| 05/08/2020 | (13,300.00) | MEC |
| 05/08/2020 | (22,000.00) | Northwinds |
| 05/08/2020 | (20,600.00) | PFP |
| 05/11/2020 | (27,900.00) | Northwinds |
| 05/12/2020 | (28,900.00) | Northwinds |
| 05/14/2020 | (10,000.00) | MEC |
| 05/18/2020 | (11,000.00) | MEC |
| 05/18/2020 | (2,500.00) | Northwinds |
| 05/21/2020 | (17,500.00) | Eclipse Staffing |
| 05/21/2020 | (1,000.00) | Mittere Inc |
| 05/21/2020 | (10,500.00) | Mittere Inc |
| 05/28/2020 | 7,000.00 | Mittere Inc |
| 06/03/2020 | 9,000.00 | Mittere Inc |
| 06/09/2020 | (2,300.00) | MEC |
| 06/15/2020 | 6,000.00 | Mittere Inc |
| 06/18/2020 | 32,600.00 | Mittere Inc |
| 06/24/2020 | (5,000.00) | MEC |
| 06/26/2020 | (1,600.00) | Northwinds |
| 06/30/2020 | (35,000.00) | Eclipse Staffing |
| 07/01/2020 | (9,900.00) | Mittere Inc |
| 07/01/2020 | (1,400.00) | Northwinds |
| 07/02/2020 | (1,000.00) | MEC |
| 07/16/2020 | 40,500.00 | Mittere Inc |
| 07/20/2020 | (25,000.00) | Mittere Inc |
| 07/20/2020 | (20,600.00) | Mittere Inc |
| 07/20/2020 | (30,000.00) | Mittere Inc |
| 07/24/2020 | (1,200.00) | MEC |
| 07/28/2020 | (1,700.00) | MEC |
| 07/30/2020 | (1,500.00) | Eclipse Staffing |
| 07/31/2020 | 44,000.00 | MEC |

| | | |
|---|---|---|
| 07/31/2020 | 1,000.00 | Mittere Inc |
| 08-03-2020 | (28,500.00) | Northwinds |
| 08/04/2020 | (9,500.00) | MEC |
| 08-04-2020 | (1,500.00) | Northwinds |
| 08-05-2020 | 15,500.00 | Mittere Inc |
| 08-12-2020 | 3,500.00 | Northwinds |
| 08-13-2020 | 33,500.00 | Northwinds |
| 08-13-2020 | 15,000.00 | Northwinds |
| 08-17-2020 | 11,800.00 | Northwinds |
| 08-19-2020 | (20,000.00) | Mittere Inc |
| 08-21-2020 | 1,800.00 | Northwinds |
| 08-27-2020 | (26,800.00) | Eclipse Staffing |
| 09-02-2020 | 24,000.00 | PFP |
| 09-04-2020 | 7,200.00 | PFP |
| 09/08/2020 | (4,200.00) | MEC |
| 9/10/20 | (3,900.00) | MEC |
| 09-10-2020 | 41,300.00 | Mittere Inc |
| 09-11-2020 | (14,000.00) | Mittere Inc |
| 09/11/2020 | 2,000.00 | MMI |
| 09-15-2020 | 1,500.00 | Mittere Inc |
| 09-15-2020 | 16,300.00 | Mittere Inc |
| 09/16/2020 | (3,000.00) | MEC |
| 09-16-2020 | (20,000.00) | Mittere Inc |
| 09/17/2020 | (2,800.00) | MEC |
| 09-18-2020 | (40,000.00) | Mittere Inc |
| 09/21/2020 | (2,000.00) | MEC |
| 09-24-2020 | (9,000.00) | Eclipse Staffing |
| 09/24/2020 | (5,000.00) | MEC |
| 09/25/2020 | (11,000.00) | MEC |
| 09-25-2020 | (30,000.00) | Mittere Inc |
| 09-28-2020 | (25,000.00) | Mittere Inc |
| 09-30-2020 | 8,000.00 | Mittere Inc |
| 10-02-2020 | 13,000.00 | Mittere Inc |
| 10-05-2020 | 9,000.00 | Mittere Inc |
| 10-08-2020 | 46,500.00 | Mittere Inc |
| 10/13/2020 | (3,900.00) | MEC |
| 10/14/2020 | (1,000.00) | MEC |
| 10-15-2020 | 7,100.00 | Mittere Inc |
| 10/16/2020 | (2,700.00) | MEC |
| 10/19/20 | (2,000.00) | MEC |
| 10-22-2020 | 42,600.00 | Mittere Inc |
| 10-23-2020 | (1,400.00) | Northwinds |
| 10/26/2020 | (1,200.00) | MEC |
| 11-02-2020 | 2,500.00 | Mittere Inc |
| 11/02/2020 | 2,200.00 | MMI |
| 11-03-2020 | 6,000.00 | Mittere Inc |
| 11-03-2020 | 4,000.00 | Mittere Inc |
| 11-05-2020 | 400.00 | Mittere Inc |
| 11-05-2020 | 42,000.00 | Mittere Inc |
| 11-05-2020 | 500.00 | PFP |
| 11-09-2020 | 6,100.00 | Mittere Inc |
| 11-10-2020 | (10,000.00) | Mittere Inc |
| 11/12/2020 | (13,500.00) | MEC |

| | | |
|---|---:|---|
| 11-12-2020 | (1,500.00) | Mittere Inc |
| 11-16-2020 | 10,000.00 | Mittere Inc |
| 11/17/2020 | (5,500.00) | MEC |
| 11-20-2020 | 41,550.00 | Mittere Inc |
| 11/24/2020 | (8,500.00) | MEC |
| 11-25-2020 | (8,000.00) | Mittere Inc |
| 11-27-2020 | (12,000.00) | Mittere Inc |
| 11-27-2020 | (2,600.00) | Northwinds |
| 11-30-2020 | 15,000.00 | Mittere Inc |
| 11-30-2020 | 15,150.00 | Mittere Inc |
| 12-03-2020 | 86,700.00 | Mittere Inc |
| 12-04-2020 | 6,800.00 | Mittere Inc |
| 12-07-2020 | 7,500.00 | Mittere Inc |
| 12-10-2020 | 6,000.00 | Mittere Inc |
| 12-11-2020 | 10,000.00 | Mittere Inc |
| 12-14-2020 | 6,000.00 | Mittere Inc |
| 12-17-2020 | 25,000.00 | Mittere Inc |
| 12-17-2020 | 5,000.00 | Mittere Inc |
| 12-21-2020 | 17,000.00 | Mittere Inc |
| 12-24-2020 | (1,000.00) | Northwinds |
| 12/31/2020 | (600.00) | MEC |
| 12/31/2020 | (6,000.00) | MEC |
| 12-31-2020 | 38,000.00 | Mittere Inc |
| 12-31-2020 | (10,300.00) | PFP |
| 01-04-2021 | (30,000.00) | Eclipse Staffing |
| 01/04/2021 | (2,000.00) | MEC |
| 01-04-2021 | (30,000.00) | Mittere Inc |
| 01-04-2021 | (28,900.00) | Northwinds |
| 01/07/2021 | (6,000.00) | MEC |
| 01-07-2021 | (15,000.00) | Mittere Inc |
| 01/12/2021 | (1,800.00) | MEC |
| 01-12-2021 | (2,000.00) | Mittere Inc |
| 01-12-2021 | (11,500.00) | Mittere Inc |
| 01-13-2021 | 25,000.00 | Mittere Inc |
| 01-14-2021 | 35,000.00 | Mittere Inc |
| 01-15-2021 | 10,000.00 | Mittere Inc |
| 01-19-2021 | 6,500.00 | Mittere Inc |
| 01-22-2021 | 8,000.00 | Mittere Inc |
| 01-28-2021 | 28,000.00 | Mittere Inc |
| 01-29-2021 | 10,000.00 | Mittere Inc |
| 01-29-2021 | 15,000.00 | Mittere Inc |
| 01-29-2021 | (50,000.00) | Mittere Inc |
| 02/01/2021 | (5,000.00) | MEC |
| 02-03-2021 | 15,000.00 | Mittere Inc |
| 02-04-2021 | 8,000.00 | Mittere Inc |
| 02-05-2021 | 16,000.00 | Mittere Inc |
| 02/08/2021 | 5,500.00 | MMI |
| 02/10/2021 | (3,000.00) | MEC |
| 02/12/2021 | (3,500.00) | MEC |
| 02-12-2021 | (10,000.00) | Mittere Inc |
| 02/16/2021 | (3,000.00) | MEC |
| 02-16-2021 | (10,000.00) | Mittere Inc |
| 02/17/2021 | (4,500.00) | MEC |

| Date | Amount | Payee |
|---|---|---|
| 02-19-2021 | (1,800.00) | Northwinds |
| 02-23-2021 | (1,500.00) | Northwinds |
| 02/24/2021 | (4,500.00) | MEC |
| 02/26/2021 | (6,550.00) | MEC |
| 02-26-2021 | (24,000.00) | Mittere Inc |
| 02-26-2021 | (10,250.00) | PFP |
| 03/03/2021 | 9,600.00 | MMI |
| 03-04-2021 | 18,000.00 | Mittere Inc |
| 03/04/2021 | 8,000.00 | MMI |
| 03-05-2021 | 14,000.00 | Mittere Inc |
| 03-08-2021 | 8,000.00 | Mittere Inc |
| 03-10-2021 | 11,000.00 | Mittere Inc |
| 03-11-2021 | 51,600.00 | Mittere Inc |
| 03-12-2021 | 8,000.00 | Mittere Inc |
| 03/15/2021 | 2,000.00 | MMI |
| 03/17/2021 | 7,600.00 | MMI |
| 03/18/2021 | (2,000.00) | MEC |
| 03/22/2021 | (1,000.00) | MEC |
| 03/23/2021 | (4,000.00) | MEC |
| 03-26-2021 | 16,000.00 | Mittere Inc |
| 03-29-2021 | 2,000.00 | Mittere Inc |
| 03-30-2021 | 4,000.00 | Mittere Inc |
| 03-31-2021 | 6,000.00 | Mittere Inc |
| 04/01/2021 | (6,000.00) | MEC |
| 04-01-2021 | (26,000.00) | Mittere Inc |
| 04/02/2021 | 2,000.00 | MEC |
| 04/02/2021 | (2,000.00) | MEC |
| 04/02/2021 | (6,800.00) | MEC |
| 04-02-2021 | (18,000.00) | Mittere Inc |
| 04/02/2021 | (18,000.00) | MMI |
| 04/02/2021 | 18,000.00 | MMI |
| 04/02/2021 | (2,000.00) | MMI |
| 04/05/2021 | (2,000.00) | MEC |
| 04-07-2021 | 250.00 | Eclipse Staffing |
| 04-07-2021 | 3,250.00 | Mittere Inc |
| 04-07-2021 | 5,600.00 | Mittere Inc |
| 04/07/2021 | 1,300.00 | MMI |
| 04-07-2021 | 200.00 | Northwinds |
| 04-07-2021 | 150.00 | PFP |
| 04-08-2021 | 45,000.00 | Mittere Inc |
| 04/09/2021 | (4,100.00) | MMI |
| 04/13/2021 | (7,000.00) | MEC |
| 04/14/2021 | (2,500.00) | MEC |
| 04-15-2021 | (25,500.00) | Mittere Inc |
| 04/16/2021 | (1,600.00) | MEC |
| 04-16-2021 | (16,000.00) | Mittere Inc |
| 04-19-2021 | 8,000.00 | Northwinds |
| 04-20-2021 | 27,000.00 | Mittere Inc |
| 04-21-2021 | 8,000.00 | Mittere Inc |
| 04-23-2021 | 18,000.00 | Mittere Inc |
| 04-27-2021 | 35,000.00 | Mittere Inc |
| 04-28-2021 | 25,000.00 | Mittere Inc |
| 04/29/2021 | (3,650.00) | MEC |

| | | |
|---|---:|---|
| 04-29-2021 | (21,800.00) | Mittere Inc |
| 04-30-2021 | 10,000.00 | Mittere Inc |
| 05-03-2021 | 20,000.00 | Mittere Inc |
| 05-04-2021 | 20,000.00 | Mittere Inc |
| 05-05-2021 | 34,000.00 | Mittere Inc |
| 05-10-2021 | 17,000.00 | Mittere Inc |
| 05-11-2021 | (22,500.00) | Eclipse Staffing |
| 05/11/2021 | (3,000.00) | MEC |
| 05-11-2021 | (10,000.00) | Mittere Inc |
| 05-12-2021 | (20,000.00) | Mittere Inc |
| 05-13-2021 | (45,000.00) | Mittere Inc |
| 05-14-2021 | (26,000.00) | Mittere Inc |
| 05-19-2021 | 1,000.00 | Mittere Inc |
| 05-19-2021 | 3,000.00 | Mittere Inc |
| 05-21-2021 | 17,472.00 | Mittere Inc |
| 05-21-2021 | 25,000.00 | Mittere Inc |
| 05-24-2021 | 25,000.00 | Mittere Inc |
| 05/26/2021 | (3,000.00) | MEC |
| 05-26-2021 | 20,000.00 | Mittere Inc |
| 05/27/2021 | (1,000.00) | MEC |
| 05-28-2021 | 30,000.00 | Mittere Inc |
| 06-01-2021 | 8,000.00 | Mittere Inc |
| 06-02-2021 | (25,000.00) | Mittere Inc |
| 06/03/2021 | 48,000.00 | MEC |
| 06/04/2021 | 8,000.00 | MEC |
| 06-04-2021 | 10,000.00 | Mittere Inc |
| 06-07-2021 | 18,000.00 | Mittere Inc |
| 06-08-2021 | 20,000.00 | Mittere Inc |
| 06/09/2021 | (4,000.00) | MEC |
| 06-10-2021 | (12,500.00) | Eclipse Staffing |
| 06/10/2021 | (2,000.00) | MEC |
| 06/14/2021 | (4,000.00) | MEC |
| 06/30/2021 | (56,000.00) | MEC |
| 07-02-2021 | 41,700.00 | Mittere Inc |
| 7/2/21 | (2,000.00) | MMI |
| 7/7/21 | (9,000.00) | MEC |
| 07-12-2021 | 11,500.00 | Northwinds |
| 07-19-2021 | (20,000.00) | Mittere Inc |
| 07-20-2021 | (25,000.00) | Mittere Inc |
| 07-21-2021 | (22,000.00) | Mittere Inc |
| 07-22-2021 | (11,900.00) | Mittere Inc |
| 07-23-2021 | (65,000.00) | Mittere Inc |
| 07-26-2021 | (26,000.00) | Mittere Inc |
| 07-28-2021 | (10,000.00) | Mittere Inc |
| 07-28-2021 | (20,000.00) | Mittere Inc |
| 07-29-2021 | (55,000.00) | Mittere Inc |
| 07-30-2021 | (2,000.00) | Mittere Inc |
| 08-02-2021 | (15,200.00) | Mittere Inc |
| 08-02-2021 | (6,500.00) | Mittere Inc |
| 08-03-2021 | 5,000.00 | Mittere Inc |
| 08-04-2021 | 15,000.00 | Mittere Inc |
| 08-05-2021 | 16,000.00 | Mittere Inc |
| 08-06-2021 | 20,000.00 | Mittere Inc |

| Date | Amount | Description |
|---|---|---|
| 08-10-2021 | 20,000.00 | Mittere Inc |
| 08-11-2021 | 8,300.00 | Mittere Inc |
| 08-12-2021 | 40,000.00 | Mittere Inc |
| 08-12-2021 | 8,000.00 | Mittere Inc |
| 08/13/2021 | (2,000.00) | MEC |
| 08-13-2021 | (20,000.00) | Mittere Inc |
| 08-16-2021 | (21,800.00) | Eclipse Staffing |
| 08/16/2021 | (1,100.00) | MEC |
| 08-16-2021 | (17,000.00) | Mittere Inc |
| 08-17-2021 | (10,000.00) | Mittere Inc |
| 08-18-2021 | (11,900.00) | Mittere Inc |
| 08/19/2021 | (1,500.00) | MEC |
| 08-19-2021 | (13,000.00) | Mittere Inc |
| 08-23-2021 | (3,000.00) | Mittere Inc |
| 08-23-2021 | (4,500.00) | Mittere Inc |
| 08-24-2021 | (8,500.00) | Mittere Inc |
| 08-26-2021 | 50,000.00 | Mittere Inc |
| 08-27-2021 | 2,000.00 | Mittere Inc |
| 08-27-2021 | 10,000.00 | Mittere Inc |
| 08-30-2021 | 7,600.00 | Mittere Inc |
| 08-31-2021 | 17,700.00 | Mittere Inc |
| 09-01-2021 | 8,500.00 | Northwinds |
| 09-02-2021 | 31,000.00 | Mittere Inc |
| 09-03-2021 | 21,600.00 | Mittere Inc |
| 09-07-2021 | 8,000.00 | Mittere Inc |
| 09-08-2021 | 23,800.00 | Mittere Inc |
| 09-09-2021 | 7,000.00 | Mittere Inc |
| 09-10-2021 | 75,000.00 | Mittere Inc |
| 09-13-2021 | 8,500.00 | Mittere Inc |
| 09-14-2021 | 8,000.00 | Mittere Inc |
| 09-15-2021 | 8,500.00 | Mittere Inc |
| 09-16-2021 | 10,000.00 | Mittere Inc |
| 09-17-2021 | 11,000.00 | Mittere Inc |
| 09-20-2021 | 10,500.00 | Mittere Inc |
| 09-21-2021 | 10,000.00 | Mittere Inc |
| 09-22-2021 | 19,000.00 | Mittere Inc |
| 09-23-2021 | 30,000.00 | Mittere Inc |
| 09-24-2021 | 17,500.00 | Mittere Inc |
| 09-27-2021 | 10,000.00 | Mittere Inc |
| 09-28-2021 | 16,000.00 | Mittere Inc |
| 09-29-2021 | 17,000.00 | Mittere Inc |
| 09-30-2021 | 20,000.00 | Mittere Inc |
| 10-04-2021 | 39,000.00 | Mittere Inc |
| 10-06-2021 | 6,000.00 | Mittere Inc |
| 10/08/2021 | (3,000.00) | MEC |
| 10/12/2021 | (2,000.00) | MEC |
| 10-13-2021 | (5,100.00) | Eclipse Staffing |
| 10/15/2021 | (1,000.00) | MEC |
| 10-15-2021 | (25,000.00) | Mittere Inc |
| 10-15-2021 | (12,000.00) | Northwinds |
| 10-19-2021 | (2,500.00) | Mittere Inc |
| 10-25-2021 | 4,000.00 | Mittere Inc |
| 10-26-2021 | 5,000.00 | Mittere Inc |

| Date | Amount | Payee |
|---|---|---|
| 10-27-2021 | 9,300.00 | Mittere Inc |
| 10-28-2021 | 12,000.00 | Mittere Inc |
| 10-29-2021 | 13,000.00 | Mittere Inc |
| 11-01-2021 | 15,000.00 | Mittere Inc |
| 11-02-2021 | 11,000.00 | Mittere Inc |
| 11-03-2021 | 11,000.00 | Mittere Inc |
| 11/04/2021 | 51,000.00 | MEC |
| 11-05-2021 | 16,000.00 | Mittere Inc |
| 11-09-2021 | (10,221.99) | Northwinds |
| 11-10-2021 | (4,000.00) | Eclipse Staffing |
| 11/10/2021 | (5,000.00) | MEC |
| 11-10-2021 | (32,000.00) | Mittere Inc |
| 11-12-2021 | (21,600.00) | Eclipse Staffing |
| 11-12-2021 | (500.00) | Mittere Inc |
| 11-12-2021 | (20,000.00) | Mittere Inc |
| 11/15/2021 | (6,000.00) | MEC |
| 11-15-2021 | (4,000.00) | Mittere Inc |
| 11-16-2021 | (8,000.00) | Mittere Inc |
| 11-16-2021 | (1,000.00) | Northwinds |
| 11-22-2021 | 60,000.00 | Mittere Inc |
| 11-23-2021 | 15,500.00 | Mittere Inc |
| 11-24-2021 | 16,500.00 | Mittere Inc |
| 11-26-2021 | 25,300.00 | Mittere Inc |
| 11-29-2021 | 17,000.00 | Mittere Inc |
| 11/30/2021 | 18,700.00 | MMI |
| 12/1/21 | (4,500.00) | MEC |
| 12-02-2021 | (44,000.00) | Mittere Inc |
| 12-03-2021 | 7,800.00 | Northwinds |
| 12-03-2021 | 2,500.00 | Northwinds |
| 12-06-2021 | 50,000.00 | Northwinds |
| 12-06-2021 | 11,000.00 | Northwinds |
| 12-07-2021 | 15,000.00 | Northwinds |
| 12-08-2021 | 19,500.00 | Northwinds |
| 12-09-2021 | 11,800.00 | Northwinds |
| 12-09-2021 | 2,900.00 | Northwinds |
| 12-10-2021 | 26,600.00 | Northwinds |
| 12-10-2021 | 3,700.00 | Northwinds |
| 12-13-2021 | 16,500.00 | Northwinds |
| 12-14-2021 | 16,000.00 | Northwinds |
| 12-14-2021 | 800.00 | Northwinds |
| 12-15-2021 | 6,500.00 | Mittere Inc |
| 12-15-2021 | 12,000.00 | Northwinds |
| 12-15-2021 | 3,000.00 | Northwinds |
| 12-16-2021 | 88,000.00 | Northwinds |
| 12-16-2021 | 6,000.00 | Northwinds |
| 12-16-2021 | 1,500.00 | Northwinds |
| 12-17-2021 | 11,600.00 | Northwinds |
| 12-17-2021 | 7,400.00 | Northwinds |
| 12-20-2021 | 35,500.00 | Northwinds |
| 12-21-2021 | 26,200.00 | Northwinds |
| 12-22-2021 | 30,000.00 | Northwinds |
| 12-27-2021 | 30,500.00 | Northwinds |
| 12-27-2021 | 8,000.00 | Northwinds |

| Date | Amount | Payee |
|------|--------|-------|
| 12-28-2021 | 24,000.00 | Northwinds |
| 12-29-2021 | 17,000.00 | Northwinds |
| 12-29-2021 | 5,800.00 | Northwinds |
| 12-30-2021 | 54,800.00 | Northwinds |
| 12-30-2021 | 6,000.00 | Northwinds |
| 01-03-2022 | (16,000.00) | Curepoint |
| 01-03-2022 | 17,900.00 | Northwinds |
| 01-03-2022 | 5,000.00 | Northwinds |
| 01-04-2022 | (13,000.00) | Curepoint |
| 01-06-2022 | (55,000.00) | Curepoint |
| 01/07/2022 | (3,000.00) | MEC |
| 01-12-2022 | (10,000.00) | Curepoint |
| 01-12-2022 | (5,200.00) | Eclipse Staffing |
| 01/12/2022 | (1,000.00) | MEC |
| 01-13-2022 | (10,500.00) | Curepoint |
| 01-13-2022 | (37,500.00) | Eclipse Staffing |
| 01-14-2022 | (21,600.00) | Eclipse Staffing |
| 01-14-2022 | (13,000.00) | Northwinds |
| 01-18-2022 | (26,000.00) | Curepoint |
| 01/18/2022 | (5,800.00) | MEC |
| 01/25/2022 | (4,000.00) | MEC |
| 01-27-2022 | (36,500.00) | Eclipse Staffing |
| 01-28-2022 | (35,000.00) | Curepoint |
| 01/28/2022 | (3,000.00) | MEC |
| 01/31/2022 | (5,000.00) | MEC |
| 01-31-2022 | (5,500.00) | PFP |
| 02-01-2022 | (65,000.00) | Curepoint |
| 02-03-2022 | 15,000.00 | Northwinds |
| 02-04-2022 | 30,000.00 | Northwinds |
| 02-07-2022 | 45,000.00 | Northwinds |
| 02-08-2022 | 16,000.00 | Northwinds |
| 02-08-2022 | 8,000.00 | Northwinds |
| 02-09-2022 | 18,000.00 | Northwinds |
| 02-10-2022 | 70,000.00 | Northwinds |
| 02-10-2022 | 6,000.00 | Northwinds |
| 02-11-2022 | 20,000.00 | Northwinds |
| 02-14-2022 | 20,000.00 | Northwinds |
| 02-15-2022 | 25,000.00 | Curepoint |
| 02-15-2022 | 10,000.00 | Northwinds |
| 02-17-2022 | 35,000.00 | Mittere Inc |
| 02-17-2022 | 2,000.00 | Mittere Inc |
| 02-17-2022 | (15,200.00) | Northwinds |
| 02-18-2022 | (6,000.00) | Northwinds |
| 02-22-2022 | 15,000.00 | Curepoint |
| 02-22-2022 | (12,000.00) | Northwinds |
| 02-23-2022 | (2,350.00) | Northwinds |
| 02-24-2022 | 37,800.00 | Northwinds |
| 02-24-2022 | 5,000.00 | Northwinds |
| 02-25-2022 | 20,000.00 | Curepoint |
| 02-28-2022 | 7,000.00 | Northwinds |
| 02-28-2022 | 3,000.00 | Northwinds |
| 03-01-2022 | 12,100.00 | Northwinds |
| 03-01-2022 | 3,800.00 | Northwinds |

| Date | Amount | Payee |
|---|---|---|
| 03-02-2022 | 15,000.00 | Northwinds |
| 03-02-2022 | 9,600.00 | Northwinds |
| 03/03/2022 | (5,000.00) | MEC |
| 03-03-2022 | (22,000.00) | Mittere Inc |
| 03-04-2022 | (500.00) | Northwinds |
| 03-07-2022 | (4,400.00) | Northwinds |
| 03-08-2022 | (3,000.00) | Northwinds |
| 03-10-2022 | (8,400.00) | Eclipse Staffing |
| 03-10-2022 | (2,000.00) | Northwinds |
| 03-11-2022 | 8,000.00 | Curepoint |
| 03-11-2022 | (500.00) | Northwinds |
| 03-11-2022 | (2,000.00) | Northwinds |
| 03-14-2022 | (22,000.00) | Mittere Inc |
| 03-14-2022 | (2,500.00) | Northwinds |
| 03/15/2022 | (2,000.00) | MEC |
| 03-15-2022 | (2,300.00) | Northwinds |
| 03/16/2022 | (10,000.00) | MEC |
| 03-16-2022 | (2,400.00) | Northwinds |
| 03-17-2022 | (12,500.00) | Mittere Inc |
| 03-17-2022 | (2,400.00) | Northwinds |
| 03-18-2022 | (10,500.00) | Mittere Inc |
| 03-18-2022 | (2,500.00) | Northwinds |
| 03-21-2022 | (10,000.00) | Curepoint |
| 03-21-2022 | (21,000.00) | Mittere Inc |
| 03-21-2022 | (4,500.00) | Northwinds |
| 03-22-2022 | (22,000.00) | Curepoint |
| 03/22/2022 | (6,000.00) | MEC |
| 03-22-2022 | (2,500.00) | Northwinds |
| 03-23-2022 | (10,000.00) | Mittere Inc |
| 03-24-2022 | (36,500.00) | Eclipse Staffing |
| 03-24-2022 | (5,000.00) | Mittere Inc |
| 03-24-2022 | (5,000.00) | Northwinds |
| 03-25-2022 | (22,000.00) | Curepoint |
| 03-25-2022 | (7,000.00) | Mittere Inc |
| 03-25-2022 | (5,000.00) | Northwinds |
| 03-28-2022 | (14,000.00) | Mittere Inc |
| 03-28-2022 | (4,000.00) | Northwinds |
| 03-28-2022 | (8,000.00) | PFP |
| 03-29-2022 | (5,000.00) | Curepoint |
| 03-30-2022 | (6,500.00) | Mittere Inc |
| 03-30-2022 | (3,600.00) | Northwinds |
| 03/31/2022 | (15,000.00) | MEC |
| 04-04-2022 | 70,000.00 | Northwinds |
| 04-07-2022 | 7,000.00 | Northwinds |
| 04-13-2022 | 5,000.00 | Northwinds |
| 04/14/2022 | (10,847.91) | Curepoint |
| 04-15-2022 | 8,600.00 | Northwinds |
| 04-18-2022 | (7,000.00) | Mittere Inc |
| 04-19-2022 | (1,000.00) | Curepoint |
| 04-19-2022 | (6,900.00) | Mittere Inc |
| 04-20-2022 | (10,000.00) | Curepoint |
| 04-20-2022 | (7,000.00) | Mittere Inc |
| 04-20-2022 | (10,000.00) | Northwinds |

| Date | Amount | Payee |
|---|---|---|
| 04-21-2022 | (33,000.00) | Eclipse Staffing |
| 04/21/2022 | (4,000.00) | MEC |
| 04-21-2022 | (7,000.00) | Mittere Inc |
| 04-22-2022 | (7,000.00) | Mittere Inc |
| 04-22-2022 | (3,000.00) | Northwinds |
| 04-25-2022 | (14,000.00) | Curepoint |
| 04/25/2022 | (1,000.00) | MEC |
| 04-25-2022 | (7,000.00) | Mittere Inc |
| 04-25-2022 | (8,000.00) | Northwinds |
| 04-26-2022 | (7,000.00) | Mittere Inc |
| 04/27/2022 | (7,000.00) | MEC |
| 04/27/2022 | (7,000.00) | MEC |
| 04-27-2022 | (7,000.00) | Mittere Inc |
| 04-27-2022 | (4,500.00) | Northwinds |
| 04-28-2022 | (7,000.00) | Mittere Inc |
| 04-28-2022 | (3,900.00) | Northwinds |
| 04-29-2022 | (45,000.00) | Curepoint |
| 04-29-2022 | (14,000.00) | Mittere Inc |
| 04-29-2022 | (4,500.00) | Northwinds |
| 04-29-2022 | (8,000.00) | PFP |
| 05-02-2022 | (28,000.00) | Curepoint |
| 05-02-2022 | (4,000.00) | Northwinds |
| 05-03-2022 | (4,200.00) | Northwinds |
| 05-04-2022 | 20,000.00 | Northwinds |
| 05-05-2022 | 50,000.00 | Curepoint |
| 05-06-2022 | 20,000.00 | Northwinds |
| 05-09-2022 | 14,000.00 | Northwinds |
| 05-10-2022 | 22,000.00 | Northwinds |
| 05-10-2022 | 700.00 | Northwinds |
| 05-11-2022 | 4,000.00 | Northwinds |
| 05-13-2022 | 8,500.00 | Northwinds |
| 05-16-2022 | 26,000.00 | Northwinds |
| 05-18-2022 | 3,600.00 | Northwinds |
| 05-19-2022 | 16,000.00 | Northwinds |
| 05-20-2022 | 42,500.00 | Northwinds |
| 05-23-2022 | (7,500.00) | Northwinds |
| 05-25-2022 | (4,000.00) | Northwinds |
| 05-26-2022 | (5,000.00) | Northwinds |
| 05/27/2022 | (5,500.00) | MEC |
| 05-27-2022 | (3,500.00) | Northwinds |
| 05-31-2022 | (8,500.00) | Northwinds |
| 06-01-2022 | (13,000.00) | Curepoint |
| 06-01-2022 | (7,000.00) | Mittere Inc |
| 06-01-2022 | (4,000.00) | Northwinds |
| 06-02-2022 | (10,000.00) | Curepoint |
| 06-02-2022 | (32,500.00) | Eclipse Staffing |
| 06-02-2022 | (7,000.00) | Mittere Inc |
| 06-02-2022 | (5,000.00) | Northwinds |
| 06/03/2022 | (5,000.00) | MEC |
| 06-03-2022 | (4,000.00) | Northwinds |
| 06-06-2022 | (3,500.00) | Mittere Inc |
| 06-06-2022 | (4,000.00) | Northwinds |
| 06-07-2022 | (4,000.00) | Northwinds |

| Date | Amount | Payee |
|---|---:|---|
| 06-08-2022 | 25,000.00 | Curepoint |
| 06-08-2022 | (12,500.00) | Northwinds |
| 06-13-2022 | (4,000.00) | Northwinds |
| 06-14-2022 | 12,000.00 | Northwinds |
| 06-15-2022 | 15,000.00 | Curepoint |
| 06-16-2022 | 25,000.00 | Curepoint |
| 06-16-2022 | (3,650.00) | Northwinds |
| 06/17/2022 | (5,000.00) | MEC |
| 06-17-2022 | (4,500.00) | Northwinds |
| 06/21/2022 | (4,000.00) | MEC |
| 06-21-2022 | (8,500.00) | Northwinds |
| 06-22-2022 | (18,000.00) | Curepoint |
| 06/28/2022 | (10,000.00) | MEC |
| 06-29-2022 | (34,000.00) | Eclipse Staffing |
| 06/30/2022 | (5,000.00) | MEC |
| 06-30-2022 | (8,000.00) | PFP |
| 07-01-2022 | (20,000.00) | Curepoint |
| 07-01-2022 | (20,000.00) | Curepoint |
| 7/2/22 | (2,000.00) | MEC |
| 07-06-2022 | (3,950.00) | Northwinds |
| 07-07-2022 | (10,000.00) | Curepoint |
| 07-07-2022 | (10,000.00) | Northwinds |
| 07/08/2022 | (1,000.00) | MEC |
| 07-11-2022 | (3,500.00) | Northwinds |
| 07-12-2022 | (4,000.00) | Northwinds |
| 07-13-2022 | 25,000.00 | Curepoint |
| 07-13-2022 | (4,400.00) | Northwinds |
| 07-14-2022 | 55,000.00 | Curepoint |
| 07-14-2022 | (4,500.00) | Northwinds |
| 07-15-2022 | 33,000.00 | Curepoint |
| 07-15-2022 | (4,100.00) | Northwinds |
| 07-20-2022 | (35,000.00) | Curepoint |
| 07-20-2022 | (6,950.00) | Mittere Inc |
| 07-20-2022 | (9,000.00) | Northwinds |
| 07-21-2022 | 2,450.00 | Northwinds |
| 07-22-2022 | 13,500.00 | Curepoint |
| 07-22-2022 | (2,300.00) | Northwinds |
| 07-25-2022 | 8,000.00 | Northwinds |
| 07-27-2022 | (4,100.00) | Northwinds |
| 07/28/2022 | 2,500.00 | Curepoint |
| 07-29-2022 | 31,000.00 | Curepoint |
| 08-02-2022 | 32,800.00 | Curepoint |
| 08/04/2022 | 1,000.00 | Curepoint |
| 08/04/2022 | 2,884.62 | Curepoint |
| 08-04-2022 | 40,500.00 | Curepoint |
| 08-12-2022 | 31,000.00 | Curepoint |
| 08-15-2022 | 15,000.00 | Curepoint |
| 8/17/22 | (1,000.00) | MEC |
| 08-18-2022 | 13,000.00 | Curepoint |
| 08/19/2022 | 600.00 | Curepoint |
| 08-19-2022 | 40,000.00 | Curepoint |

AMENDED

United States Bankruptcy Court

Northern District of Georgia

In re:  Zeroholding, LLC                                    Case No.  22-56502

                                                           Chapter    11

                    Debtor(s)

**Verification of Creditor Matrix**

       The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____10/06/2022_____          /s/ Phillip Miles
                                        _____
                                        Signature of Individual signing on behalf of debtor

                                        Manager
                                        _____
                                        Position or relationship to debtor

Alabama Department of Labor
649 Monroe Street
c/o Fitzgerald Washington
Montgomery, AL 36131

Alabama Department of Revenue
P.O. Boz 320001
Montgomery, AL 36132-0001

Arvest Equipment Finance
PO Box 1670
Lowell, AR 72745

CAN Capital, Inc.
2 Sun Court
Suite 400
Peachtree Corners, GA 30092

Capital One Bank
Po Box 31293
Salt Lake City, UT 84131

Centra Funding, LLC
1450 Preston Road
Suite 115
Plano, TX 75093

CHTD Company
P.O. Box 2576
Springfield, IL 62708

CITY CAPITAL NY, LLC
90 STATE STREET, SUITE 700
OFFICE 40
Albany, NY 12207

Click Capital Group, LLC
7901 4th St N.
Ste 300
Saint Petersburg, FL 33702

Curepoint, LLC
11175 Cicero Drive
Suite 100
Alpharetta, GA 30022

Eclipse Staffing, LLC
11175 Cicero Drive
Suite 100
Alpharetta, GA 30022

Enterprise FM Trust
301 BELLEVUE PARKWAY
3rd Floor
Wilmington, DE 07920

Enterprise FM Trust
301 BELLEVUE PARKWAY
3rd Floor
Wilmington, DE 19809

Enterprise FM Trust c/o BNY MELLON TRUST OF
DELAWARE
301 BELLEVUE PARKWAY
3rd Floor
Wilmington, DE 19809

Georgia Department of Labor
148 Andrew Young Inter. Blvd
Room 738
Atlanta, GA 30303-0000

Georgia Department of Revenue
1800 Century Boulevard
Suite 9100
Atlanta, GA 30345-0000

IBS Solutions, Inc.
11175 Cicero Drive
Suite 100
Alpharetta, GA 30022

Internal Revenue Service
CIO
P.O. Box 7346
Philadelphia, PA 19101-7346

KOCO TV
1300 East Britton Road
Oklahoma City, OK 73131

Lincoln Industrial, LLC
1111 N LEE AVE
215
Oklahoma City, OK 73103

Lincoln Industrial, LLC c/o  C T CORPORATION
SYSTEM
289 S Culver St.
Lawrenceville

MEC Capital, Inc.
11175 Cicero Drive
Suite 100
Alpharetta, GA 30022

Med Direct Capital, LLC
151 NW 1st Ave
Delray Beach, FL 33444

Medical Management Institute, Inc.
11175 Cicero Drive
Suite 100
Alpharetta, GA 30022

Mittere Tax & Advisory, LLC
11175 Cicero Drive
Suite 100
Alpharetta, GA 30022

Mittere, Inc.
11175 Cicero Drive
Suite 100
Alpharetta, GA 30022

Mittere, Inc. c/o Michael Miles
300 Hayward Lane
Alpharetta, GA 30022

Moore & Van Allen PLLC
100 North Tryon Street
Suite 4700
Charlotte, NC 28202

Nevada Department of Employment, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Nevada Department of Taxation, Bankruptcy Section
555 E. Washington Avenue
Suite 1300
Las Vegas, NV 89101

Newtek Small Business Finance
4800 T-Rex Avenue
Suite 120
Boca Raton, FL 33431

Newtek Small Business Finance c/o Aldridge Pite, LLP
3575 Piedmont Road, NE
Suite 500
Atlanta, GA 30305

Newtek Small Business Finance c/o Corporation
Service Company
2 SUN COURT
SUITE 400
Peachtree Corners, GA 30092

NFG Advance, LLC
1308 KINGS HWY
Brooklyn, NY 11229

Northwinds Leasing, LLC
11175 Cicero Drive
Suite 100
Alpharetta, GA 30022

Northwinds Leasing, LLC c/o Michael Miles
300 Hayward Lane
Alpharetta, GA 30022

Oklahoma Department of Labor
409 NE 28th Street
3rd Floor
Oklahoma City, OK 73105

Oklahoma Department of Revenue
P.O. Box 26800
Oklahoma City, OK 73126-0800

Oklahoma Employment Security Commission
P.O. Box 52003
ATTN: Legal Department
Oklahoma City, OK 73152-2003

Oklahoma Tax Commission
2501 N. Lincoln Blvd.
Oklahoma City, OK 73105

Ospylac Enterprises, LLC
2601 Elm Hill Pike
Suite F
Nashville, TN 37214

Physician Financial Partners, LLC
11175 Cicero Drive
Suite 100
Alpharetta, GA 30022

PointOne Capital, LLC
90 STATE STREET, SUITE 700
Office 40
Albany, NY 12207

PointOne Capital, LLC c/o Hunter,Maclean,Exley &
Dunn,P.C
P.O. Box 9848
Savannah, GA 31412

Premium Merchant Funding, LLC
40 Wall St. 5th Floor
New York, NY 10005


Premium Merchant Funding, LLC c/o Hunter, Maclean,
Exley & Dunn ,P.C
P.O. Box 9848
Savannah, GA 31412


Rauch-Milliken International, Inc.
PO Box 8390
Metairie, LA 70011-8390


SL Airpark II LLC
195 Morristown Road
Basking Ridge, NJ 07920


SL Airpark II LLC c/o CORPORATION SERVICE
COMPANY
2908 POSTON AVE
Nashville, TN 37203


SL Airpark II, LLC
195 Morristown Road
Basking Ridge, NJ 07920


SL Airpark LLC
195 Morristown Road
Basking Ridge, NJ 07920


SL Airpark LLC c/o CORPORATION SERVICE
COMPANY
2908 POSTON AVE
Nashville, TN 37203-1312


Tennessee Department of  Revenue
500 Deaderick Street
Nashville, TN 37242


Tennessee Department of Labor and Workforce
Development
220 French Landing Drive
Nashville, TN 37243


Zen Capital c/o Trevor Talbot
602 NE 38TH ST
Oakland Park, FL 33334

AMENDED

### United States Bankruptcy Court

IN RE:

Case No. 22-56502 _____

Zeroholding, LLC

_____ Chapter 11 _____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
| --- | --- | --- |
| MEC Capital<br>11175 Cicero Drive STE 100, Alpharetta, GA 30022 | 17.00 | Managing member |
| Jamila Dadabhoy<br>3180 Mathieson Drive Atlanta , Atlanta, GA 30305 | 11.00 | Other (Member) |
| Dathan Jay<br>17920 Vermejo Drive, Edmond, OK 73012 | 4.00 | Other (Member) |
| Mark Miles<br>339350 E 850 , Chandler, OK 74834 | 14 | Other (Member) |
| Wallace Family Enterprises<br>105 Harmony Crossing  STE 3, Eatonton, OK 73121 | 4 | Other (Member) |
| Schorr Line Enterprises<br>3955 Brookline Drive, Alpharetta, GA 30055 | 19 | Other (Member) |

AMENDED

## United States Bankruptcy Court

**IN RE:**

Zeroholding, LLC

_____

Case No. 22-56502 _____

Chapter 11 _____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Dooley Investment Holdings<br>1071 Ridge Point, Athens, GA 30606 | 9 | Other (Member) |
| Brown Business Development<br>28441 Zurita, Mission Viejo, CA 92692 | 13 | Other (Member) |
| RJJ Capital<br>2757 Grove Street, Atlanta, GA 30319 | 9.0 | Other |