**IT IS ORDERED as set forth below:**

**Date: January 10, 2023**

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: <br><br> ZEROHOLDING, LLC <br><br> DEBTOR. | CHAPTER 11 (SUBCHAPTER V) <br><br> CASE NO. 22-56502-JWC |

**ORDER AND NOTICE OF ASSIGNMENT**
**OF HEARING ON CONFIRMATION OF PLAN**

Debtor filed its *Chapter 11 Plan of Reorganization* [Doc. 70] (the "**Plan,**" as may be amended or modified) on November 17, 2022. On January 9, 2023, the Debtor filed a motion requesting entry of an order:

(1) scheduling a confirmation hearing on the Plan, as may be amended,

(2) approving the form and content of Debtor's ballot,

(3) establishing a deadline for filing objections to the Plan, and

(4) establishing a deadline for casting ballots to accept or reject the Plan. [Doc. 79] (the "**Motion**").

Therefore, it is hereby:

**ORDERED and NOTICE IS HEREBY GIVEN that:**

A. **February 16, 2023** is fixed as the last day for filing, on the ballot form attached to the Motion, written acceptances or rejections of Debtor's Plan. All ballots must be *filed* with:

> Clerk, United States Bankruptcy Court
> Richard B. Russell Federal Building
> and United States Courthouse
> 75 Ted Turner Drive, SW
> 13th Floor, Room 1340
> Atlanta, GA 30303

And a copy *mailed* to Debtor's attorney:

> Will B. Geer
> Rountree Leitman Klein & Geer, LLC
> Century Plaza I
> 2987 Clairmont Rd., Ste 350
> Atlanta, GA 30329

B. **February 16, 2023** is fixed as the last day for filing and serving written objections to confirmation of the Plan. Any such written objection to confirmation of the Plan must be filed with the Clerk, United States Bankruptcy Court, Richard B. Russell Federal Building and United States Courthouse, 75 Ted Turner Drive, SW, 13th Floor, Room 1340, Atlanta, GA 30303 and a copy mailed to Debtor's attorney, Rountree Leitman Klein & Geer, LLC Century Plaza I, 2987 Clairmont Road, Suite 350, Atlanta, Georgia, 30329, attn: Will B. Geer.

C. The Court shall hold a hearing on Confirmation of the Plan, as may be amended, on **Thursday**, **February 23, 2023 at 11:00 a.m. at the following toll-free number: [833-568-8864]; meeting id [160 459 5648], in Courtroom 1203, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303.**

D. Matters that need to be heard further by the Court may be heard by telephone, by video conference, or in person, either on the date set forth above or on some other day, all as determined by the Court in connection with this initial telephonic hearing. Please review the "Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov for more information.

E. **The Debtor's attorney** is directed to serve a copy of this Order and Notice, the Plan, and the Ballot, upon the U.S. Trustee and all creditors and parties in interest on or before **January 12, 2023**, and to file a certificate of such service within three days of mailing.

F. At least three (3) days prior to the scheduled hearing on confirmation of the Plan, the Debtor's attorney shall file a Summary of Voting on the Plan in form substantially similar to Exhibit "A" attached hereto indicating all ballots cast have been tabulated by Debtor and the resulting vote for each class designated in the Plan.

**END OF ORDER**

Prepared and Presented By:

**ROUNTREE LEITMAN KLEIN & GEER, LLC**

*/s/ Caitlyn Powers*
Will B. Geer, Ga. Bar No. 940943
Caitlyn Powers, Ga. Bar No. 856354
Century Plaza I
2987 Clairmont Road, Suite 175
Atlanta, Georgia 30329
(404) 584-1238 Telephone
wgeer@rlkglaw.com
cpowers@rlkglaw.com
*Attorneys for the Debtor*


**Distribution List**

William A. Rountree and Will Geer
ROUNTREE LEITMAN KLEIN & GEER, LLC
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329

Office of the United States Trustee
Suite 362, Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| IN RE:<br><br>ZEROHOLDING, LLC<br><br>DEBTOR. | CHAPTER 11 (SUBCHAPTER V)<br><br>CASE NO. 22-56502-JWC |
|---|---|

**SUMMARY OF THE VOTING ON THE**
**PLAN OF REORGANIZATION FILED ON NOVEMBER 17, 2022**

Tabulated as of _____ 2023 for Confirmation Hearing to be held on February 23, 2023.

| Class Number and Description | Number of Votes | Dollar Amount of Votes | Class Vote Impairment |
|---|---|---|---|
|  | \_\_\_\_Accepts<br>\_\_\_\_ Rejects<br>\_\_\_\_ Percent | $\_\_\_\_Accepts<br>$\_\_\_\_Rejects<br>\_\_\_\_ Percent | \_\_\_Yes<br>\_\_\_No |
|  | \_\_\_\_Accepts<br>\_\_\_\_ Rejects<br>\_\_\_\_ Percent | $\_\_\_\_Accepts<br>$\_\_\_\_Rejects<br>\_\_\_\_ Percent | \_\_\_Yes<br>\_\_\_No |
|  | \_\_\_\_Accepts<br>\_\_\_\_ Rejects<br>\_\_\_\_ Percent | $\_\_\_\_Accepts<br>$\_\_\_\_Rejects<br>\_\_\_\_ Percent | \_\_\_Yes<br>\_\_\_No |
|  | \_\_\_\_Accepts<br>\_\_\_\_Rejects<br>\_\_\_\_Percent | $\_\_\_\_Accepts<br>$\_\_\_\_Rejects<br>\_\_\_\_Percent | \_\_\_Yes<br>\_\_\_No |
|  | \_\_\_\_Accepts<br>\_\_\_\_Rejects<br>\_\_\_\_Percent | $\_\_\_\_Accepts<br>$\_\_\_\_Rejects<br>\_\_\_\_Percent | \_\_\_Yes<br>\_\_\_No |
|  | \_\_\_\_Accepts<br>\_\_\_\_Rejects<br>\_\_\_\_Percent | $\_\_\_\_Accepts<br>$\_\_\_\_Rejects<br>\_\_\_\_Percent | \_\_\_Yes<br>\_\_\_No |

RESPECTFULLY SUBMITTED, this _____ day of _____, 2023.

**ROUNTREE LEITMAN KLEIN & GEER, LLC**

*/s/ Caitlyn Powers*
Will B. Geer, Ga. Bar No. 940943
Caitlyn Powers, Ga. Bar No. 856354
Century Plaza I
2987 Clairmont Road, Suite 175
Atlanta, Georgia 30329
(404) 584-1238 Telephone
wgeer@rlkglaw.com
cpowers@rlkglaw.com
*Attorneys for the Debtor*