UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| ZEROHOLDING, LLC, | : | CASE NO. 22-56502 - JWC |
| | : | |
| DEBTOR. | : | |
| _____ | : | _____ |
| MARY IDA TOWNSON, | : | |
| UNITED STATES TRUSTEE, | : | |
| | : | |
| MOVANT, | : | |
| | : | |
| v. | : | CONTESTED MATTER |
| | : | |
| ZEROHOLDING, LLC, | : | |
| | : | |
| RESPONDENT. | : | |

**NOTICE OF HEARING ON UNITED STATES TRUSTEE'S
MOTION FOR AN ORDER REMOVING DEBTOR IN POSSESSION**

**PLEASE TAKE NOTICE** that the United States Trustee has filed a motion requesting the debtor in possession be removed in the above-referenced case.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold an initial telephonic hearing for announcements on the United States Trustee's motion at the following number: toll-free number **833-568-8864, meeting ID 160 459 5648, at 11:00 a.m.** on **February 23, 2023**, in Courtroom 1203, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303**.**

Matters that need to be heard further by the Court may be heard by telephone, by video conference, or in person, either on the date set forth above or on some other day, all as determined by the Court in connection with this initial telephonic hearing. Please review the "Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and Virtual

Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov for more information.

Your rights may be affected by the court's ruling on this motion. You should read this motion carefully and discuss it with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in this motion or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the motion with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, SW, Atlanta, GA 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: February 1, 2023

MARY IDA TOWNSON
UNITED STATES TRUSTEE
REGION 21

By: _____/s/_____
Lindsay P. S. Kolba
Georgia Bar No. 541621
United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303
(404) 331-4478
lindsay.p.kolba@usdoj.gov

# CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing *Notice of Hearing on United States Trustee's Motion for an Order Removing Debtor in Possession* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following party who has appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Nathaniel DeLoatch	nathanieldeloatch@eversheds-sutherland.us

Taylor L. Dove	tdove@huntermaclean.com, aharris@huntermaclean.com, pciolkosz@huntermaclean.com

Will B. Geer	wgeer@rlkglaw.com, willgeer@ecf.courtdrive.com, 2836@notices.nextchapterbk.com, swenger@rlkglaw.com, 6717577420@filings.docketbird.com, kmoore@rlkglaw.com, Geer.WillB117921@notify.bestcase.com

Alan C. Hochheiser	ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com

Francesca Macchiaverna	fmacchiaverna@huntermaclean.com, aharris@huntermaclean.com, pciolkosz@huntermaclean.com

John G. McCullough	jmccullough@aldridgepite.com

Leslie M. Pineyro	lpineyro@joneswalden.com, jwdistribution@joneswalden.com, ljones@joneswalden.com, cmccord@joneswalden.com, arich@joneswalden.com, ewooden@joneswalden.com

Caitlyn Powers	cpowers@rlkglaw.com, swenger@rlkglaw.com, yalamin@rlkglaw.com, csmith@rlkglaw.com, 6717577420@filings.docketbird.com, willgeer@ecf.courtdrive.com

William A. Rountree	wrountree@rlkglaw.com, swenger@rlkglaw.com, yalamin@rlkglaw.com, 6717577420@filings.docketbird.com, R71213@notify.bestcase.com, csmith@rlkglaw.com, 2836@notices.nextchapterbk.com, willgeer@ecf.courtdrive.com

John T. Whaley	trustee@jtwcpa.net, jtwhaley@jtwcpa.net

Stuart Wilson-Patton	agbankgeorgia@ag.tn.gov, Stuart.Wilson-Patton@ag.tn.gov

I further certify that on this day, I caused a copy of this document to be served via United States First Class Mail, with adequate postage prepaid on the following parties at the address shown for each.

ALL PARTIES ON THE ATTACHED MATRIX

                                                          /s/
Lindsay P. S. Kolba
Georgia Bar No. 541621
United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive SW
Atlanta, Georgia 30303
(404) 331-4478
lindsay.p.kolba@usdoj.gov

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 22-56502-jwc<br>Northern District of Georgia<br>Atlanta<br>Wed Feb  1 13:22:39 EST 2023 | Arvest Bank<br>c/o Leslie M. Pineyro<br>699 Piedmont Avenue NE<br>Atlanta, GA 30308-1400 | Arvest Equipment Finance<br>PO Box 1670<br>Lowell, AR 72745-1670 |
| CITY CAPITAL NY, LLC<br>90 STATE STREET, SUITE 700<br>OFFICE 40<br>Albany, NY 12207-1707 | Capital One Bank<br>Po Box 31293<br>Salt Lake City, UT 84131-0293 | Capital One Bank (USA), N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |
| Click Capital Group, LLC<br>7901 4th St N.<br>Ste 300<br>Saint Petersburg, FL 33702-4399 | Curepoint, LLC<br>David A. Wender<br>999 Peachtree St. NE Suite 2300<br>Atlanta, GA 30309-4416 | Nathaniel DeLoatch<br>Eversheds Sutherland (US) LLP<br>Suite 2300<br>999 Peachtree St. NE<br>Atlanta, GA 30309-4416 |
| Taylor L. Dove<br>Hunter Maclean Exley & Dunn, P.C.<br>200 E. Saint Julian Street<br>P.O. Box 9848<br>Savannah, GA 31412-0048 | Enterprise FM Trust and Enterprise Fleet Mgt<br>ATTN: Geoffrey S. Goodman<br>321 N. Clark Street, Suite 3000<br>Chicago, IL 60654-4762 | Will B. Geer<br>Rountree, Leitman, Klein & Geer, LLC<br>Century Plaza I<br>2987 Clairmont Road, Suite 350<br>Atlanta, GA 30329-4435 |
| Georgia Department of Labor<br>148 Andrew Young Inter. Blvd<br>Room 738<br>Atlanta, GA 30303-1733 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 | Georgia Dept. of Labor<br>Suite 826<br>148 Andrew Young Inter. Blvd., NE<br>Atlanta GA 30303-1751 |
| Georgia Dept. of Labor<br>Suite 910<br>148 Andrew Young Inter. Blvd., NE<br>Atlanta GA 30303-1751 | Alan C. Hochheiser<br>Maurice Wutscher LLP<br>Suite 207<br>23611 Chagrin Blvd<br>Beechwood, OH 44122-5540 | Internal Revenue Service<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service<br>CIO<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Lindsay P. S. Kolba<br>Office of the U.S. Trustee<br>Suite 362<br>75 Ted Turner Drive, S.W.<br>Atlanta, GA 30303-3330 | Francesca Macchiaverna<br>Hunter Maclean Exley & Dunn P.C.<br>P. O. Box 9848<br>Savannah, GA 31412-0048 |
| John G. McCullough<br>Aldridge Pite, LLP<br>Six Piedmont Center, Ste 700<br>3525 Piedmont Road, N.E.<br>Atlanta, GA 30305-1578 | Med Direct Capital, LLC<br>151 NW 1st Ave<br>Delray Beach, FL 33444-2611 | NFG Advance, LLC<br>1308 KINGS HWY<br>Brooklyn, NY 11229-1904 |
| Newtek Small Business Finance<br>4800 T-Rex Avenue<br>Suite 120<br>Boca Raton, FL 33431-4479 | Newtek Small Business Finance, LLC<br>c/o Aldridge Pite, LLP<br>3575 Piedmont Road, NE<br>Suite 500<br>Atlanta, GA 30305-1623 | Newtek Small Business Finance, LLC<br>1981 Marcus Avenue, Suite 130<br>Lake Success, NY 11042-1046 |
| Ospylac Enterprises, LLC d/b/a Express Emplo<br>c/o Anthony Legal PLLC<br>818 18th Avenue S, 10FL<br>Nashville, TN 37203-6663 | Leslie M. Pineyro<br>Jones and Walden, LLC<br>699 Piedmont Avenue NE<br>Atlanta, GA 30308-1400 | PointOne Capital, LLC<br>1825 65th Street<br>Brooklyn, NY 11204-3819 |

| | | |
|---|---|---|
| Caitlyn Powers<br>Rountree Leitman Klein & Geer, LLC<br>Suite 350<br>2987 Clairmont Road<br>Atlanta, GA 30329-4435 | Premium Merchant Funding 18, LLC<br>55 Water Street, 50th Fl<br>New York, NY 10041-3203 | Premium Merchant Funding, LLC.<br>40 Wall St. 5th Floor<br>New York, NY 10005-1472 |
| William A. Rountree<br>Rountree Leitman Klein & Geer, LLC<br>Century Plaza I, Suite 350<br>2987 Clairmont Road<br>Atlanta, GA 30329-4406 | SL Airpark LLC<br>195 Morristown Road<br>Basking Ridge, NJ 07920-1650 | Secretary of the Treasury<br>15th & Pennsylvania Avenue, NW<br>Washington, DC 20200 |
| Secure Capital, LLC<br>323 Sunny Isles Beach Blvd., Ste. 503<br>Sunny Isles Beach, FL 33160 | Shanna M. Kaminski<br>P.O. Box 247<br>Grass Lake, MI 49240-0247 | TN Dept of Revenue<br>c/o TN Attorney General's Office<br>Bankruptcy Division<br>PO Box 20207<br>Nashville, TN 37202-4015 |
| Tennessee Department of Revenue<br>TDOR c/o Attorney General<br>PO Box 20207<br>Nashville, TN 37202-4015 | U. S. Securities and Exchange Commission<br>Office of Reorganization<br>Suite 900<br>950 East Paces Ferry Road, NE<br>Atlanta, GA 30326-1382 | U.S. Small Business Administration<br>200 West Santa Ana Blvd., Ste 740<br>Santa Ana, CA 92701-7534 |
| United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta GA 30303-3309 | United States Trustee<br>362 Richard Russell Federal Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 | David A. Wender<br>Eversheds Sutherland, LLP<br>999 Peachtree St, NE Ste 2300<br>Altanta, GA 30309-4416 |
| John T. Whaley (Sub V Trustee)<br>Chapter 11 Subchapter V Trustee<br>John T. Whaley, CPA<br>P.O. Box 76362<br>Atlanta, GA 30358-1362 | Stuart Freeman Wilson-Patton<br>Tennessee Atty. General's Office<br>P. O. Box 20207<br>Nashville, TN 37202-4015 | Zen Capital<br>3131 NE 7th<br>Miami, FL 33137-4457 |
| Zeroholding, LLC<br>11175 Cicero Drive, STE 100<br>Alpharetta, GA 30022-1179 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Georgia Department of Revenue
1800 Century Boulevard
Suite 9100
Atlanta, GA 30345-0000

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Arvest Bank | (u)Diverse Capital LLC | (u)NFG Advance LLC |
| (u)PointOne Capital | (u)Premium Merchant Funding 18 LLC | End of Label Matrix<br>Mailable recipients    48<br>Bypassed recipients     5<br>Total                   53 |